5194RULE7.1/5194KLSESERVER

KENNEDY LILLIS SCHMIDT & ENGLISH
Craig S. English (CE9890)
75 Maiden Lane - Suite 402
New York, N.Y. 10038-4816
Telephone: 212-430-0800
Telecopier: 212-430-0810
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

AMERICAN HOME ASSURANCE COMPANY,  )
                                  )
                    Plaintiff,    )   07 Civ.    ( )
                                  )
        - v. -                    )   RULE 7.1 STATEMENT
                                  )
DELTA AIR LINES, INC., UTi UNITED )   ECF CASE
STATES, INC., & SERVICIOS LOGISTICS )
INTERGRADOS,                      )
                                  )
                    Defendants.   )
                                  )

      Pursuant to Fed. R. Civ. Pro. 7.1, the undersigned attorney of record for the plaintiff certifies that the following are any parent corporation and any publicly held corporation that owns 10% or more of such party's stock:

      American International Group

Dated: New York, New York
       July 3, 2007

                                KENNEDY LILLIS SCHMIDT & ENGLISH
                                Attorneys for Plaintiff
                  By:
                                Craig S. English (CE9890)
                                75 Maiden Lane - Suite 402
                                New York, New York  10038-4816
                                (212) 430-0800