MOUND COTTON WOLLAN & GREENGRASS
Francis A. Montbach (FAM9631)
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 804-4200
Fax: (212) 344-8066
Attorneys for Defendant,
Delta Air Lines, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

AMERICAN HOME ASSURANCE COMPANY,

               Plaintiff,               07 Civ. 6219 (DC)

     - against -

DELTA AIR LINES, INC., UTi UNITED        **RULE 7.1**
STATES, INC., & SERVICIOS LOGISTICS    **DISCLOSURE**
INTEGRADOS,                                  **STATEMENT**

               Defendants.
-----------------------------------------------------------------x

      Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorneys of record for defendant, Delta Air Lines, Inc., certifies that the following are corporate parents, subsidiaries or affiliates of that party:

               **SUBSIDIARIES OF DELTA AIR LINES, INC.**

<u>Name of Subsidiary</u>

ASA Holdings, Inc.

Comair Holdings, LLC

Comair, Inc.

Comair Services, Inc.

Crown Rooms, Inc.

DAL Global Services, LLC

Delta AirElite Business Jets, Inc.

DAL Moscow, Inc.

Delta Benefits Management, Inc.

Delta Connection Academy, Inc.

Delta Loyalty Management Services, LLC

Delta Technology, LLC

Epsilon Trading, LLC

Kappa Capital Management, LLC

Dated: New York, New York
       July 27, 2007

    MOUND, COTTON & WOLLAN & GREENGRASS
    Attorneys for Defendant,
    Delta Air Lines, Inc.

    By _____
       Francis A. Montbach (FM9631)
       Office and P. O. Address
       One Battery Park Plaza
       New York, New York  10004
       (212) 804-4200