UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

AMERICAN HOME ASSURANCE COMPANY,

    Plaintiff,                                   CASE NO.: 07 Civ. 6219 (DC)

vs.

DELTA AIR LINES, INC., UTi UNITED
STATES, INC., & SERVICIOS LOGISTICS
INTEGRADOS,

    Defendants,
_____/

## UTI, UNITED STATES, INC.'S DISCLOSURE STATEMENT

       Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrates of this Court to evaluate possible disqualification or recusal, the undersigned counsel for UTi, United States, Inc., certifies that it is not publicly held. However, its parent company UTi, Worldwide, Inc. is publicly held.

DATED:    Miami, Florida
                September 14, 2007

                                          UTi UNITED STATES, INC.
                                          By its Attorneys,
                                          **HYMAN SPECTOR & MARS, LLP**
                                          Museum Tower, 27th Floor
                                          150 West Flagler Street
                                          Miami, Florida 33130
                                          Telephone No.: (800) 443-1335

                                          By: _/s/ Andrew R. Spector_____
                                                Andrew R. Spector/ARS 3887

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on <u>September 14, 2007</u>, the foregoing was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Eastern District's Local Rules on Electronic Service upon Craig S. English, Esq. Francis A. Montbach, Esq.

>HYMAN SPECTOR & MARS, LLP
Attorneys for Defendant
Museum Tower, Suite 2701
150 West Flagler Street
Miami, Florida  33130
Telephone: (305) 371-4244


By: /s Andrew R. Spector
Andrew R. Spector/ARS 3887

f:\wp51\files\ars\uti\bristol myers squibb 2112-31447\7.1 disclosure statement.doc