```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMERICAN HOME ASSURANCE COMPANY,

        Plaintiff,

- v. -

DELTA AIR LINES, INC., UTi UNITED STATES, INC., & SERVICIOS LOGISTICS INTERGRADOS,

        Defendants.

SCHEDULING ORDER

07 Civ. 6219 (DC)

---

The parties attended the initial scheduling conference on November 30, 2007.

The following was discussed and the Hon. Denny Chin Ordered as follows:

1. Additional parties must be joined on or before January 7, 2008.

2. A pretrial conference will be held on May 30, 2008 at 10:00a.m.

3. All fact and expert discovery must be completed on or before May 30, 2008.

1

SO ORDERED

Dated: New York, New York
       January 7, 2008

_____
Denny Chin
United States District Judge