MOUND, COTTON WOLLAN & GREENGRASS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
AMERICAN HOME ASSURANCE COMPANY,   Case No.: 07 CV 6219 (DC)

                Plaintiff,

-against-

DELTA AIR LINES, INC., UTi UNITED STATES, INC.,
& SERVICIOS LOGISTICS INTERGRADOS,

                Defendants.
-----------------------------------------------------------X
DELTA AIR LINES, INC.,

        Defendant and Third Party Plaintiff

-against-

SWISSPORT USA, INC.,

        Third Party Defendant.     **AFFIDAVIT OF SERVICE**
-----------------------------------------------------------X

STATE OF NEW YORK      )
                                ) ss.:
COUNTY OF NEW YORK  )

**JOSE OQUENDO,** being duly sworn, deposes and says:

1. That I am not a party to this action, am over eighteen years of age and reside in the State of New York;

2. That on <u>January 09, 2008</u>, at approximately <u>10:11 a.m.</u>, I served by hand, by personally delivering to and leaving with, a true and correct copy of the forgoing documents: **THIRD PARTY SUMMONS IN A CIVIL ACTION and THIRD PARTY COMPLAINT with Attachments**, all upon **SWISSPORT USA, INC.**, by Personal Delivery, via Ms. Alaissa Valerio, who identified herself as an "Office Manager and employee" as well as being authorized, as Agent to accept service on behalf of Swissport USA, Inc., which service was effected at their actual place of business indicated below:

        SWISSPORT USA, INC.
        Building 151 / Suite 300
        Jamaica, New York 11430

3. **Ms. Alaissa Valerio** can best be described as:

Hispanic Female - Light Brown skin – Blonde hair – Brown eyes - Approximately 22 - 32 years of age, 5'4"- 5'7" and 100 - 125 lbs.

Dated:  January 09, 2008
          New York, New York

                                                          JOSE OQUENDO
                                                            License No.: 1154641

Sworn to before me on this the 09th day of Janaury 2008.

_____
NOTARY PUBLIC

HOLLY ROLDAN
Notary Public, State of New York
No. 01RO6125752
Qualified in New York County
Commission Expires April 20, 2009

---

RAPID & RELIABLE ATTORNEY SERVICE, INC.              POST OFFICE BOX 858
-A FULL-SERVICE LITIGATION SUPPORT CORPORATION-      NEW YORK, NEW YORK 10268
                                                212-608-1555

*"We've built our reputation on your satisfaction"*

# UNITED STATES DISTRICT COURT

__Southern__ District of __New York__

AMERICAN HOME ASSURANCE COMPANY

      PLAINTIFF,

      V.

DELTA AIR LINES, INC., UTi UNITED STATES
INC., & SERVICIOS LOGISTICS INTERGRADOS

      DEFENDANTS.
-------------------------------------------------------X

DELTA AIR LINES, INC.

      DEFENDANT AND THIRD
      PARTY PLAINTIFF,

      V.

SWISSPORT USA, INC.

      THIRD PARTY DEFENDANT.
-------------------------------------------------------X

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

Case Number: 07 CIV. 6219 (DC)

To:   SWISSPORT USA, INC.
      Building 151, Suite 300
      JFK International Airport
      Jamaica, New York 11430

**YOU ARE HEREBY SUMMONED** and required to serve on

PLAINTIFF'S ATTORNEY:

Kennedy Lillis Schmidt & English
75 Maiden Lane - Suite 402
New York, NY 10038-4816

DEFENDANT AND THIRD PARTY PLAINTIFF'S ATTORNEY:

Mound Cotton Wollan & Greengrass
One Battery Park Plaza
New York, NY 10004

an answer to the third-party complaint which is served on you with this summons, within ___20___ days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and (2)* the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON
CLERK _[signature]_

JAN 08 2008
DATE

(By) DEPUTY CLERK

AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | |
| NAME OF SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served:

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                              *Signature of Server*

                                         _____
                                                    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.