UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

AMERICAN HOME ASSURANCE COMPANY,  :  INDEX: 07 Civ. 6219(DC)

:  **RULE 7.1 STATEMENT**

Plaintiff,  :

:

- against -

:

DELTA AIRLINES, INC., UTi UNITED STATES,  :
INC., SERVICIOS LOGISTICS INTEGRADOS, &
SWISSPORT USA, INC.

Defendants

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 9.1] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned, counsel for SWISSPORT USA INC., certifies that SWISSPORT USA INC. is a privately held non-governmental entity and that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held:

(a)   None

Dated: New York, New York

January 25, 2008

Respectfully submitted,

_____
Roberta Miranda, Esq. (RM-5818)
MENDES & MOUNT, LLP
750 Seventh Ave.
New York, NY 10019-6829
212-261-8000
Attorneys for Defendant
SWISSPORT USA, INC.


Craig Shaw English
Kennedy Lillis Schmidt & English
75 Maiden Lane
Suite 402
New York, NY 10038
212-430-0800
Attorneys for Plaintiff


Francis Allen Montbach
Mound Cotton Wollan & Greengrass
(NYC)
One Battery Park Plaza
New York, NY 10004
212-804-4229
Attorneys for Delta Air Lines, Inc.


Nicholas Evan Pantelopoulos
Kaplan, Von Ohlen & Massamillo L.L.C.
555 Fifth Avenue
15th Floor
New York, NY 10017
212-922-0450
Attorneys for UTi United States, Inc.