USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/28/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMERICAN HOME ASSURANCE COMPANY, ) ECF CASE
　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　Plaintiff, ) 07 Civ. 6219 (DC)
　　　　　　　　　　　　　　　　　)
　　　　　　　　- v. -　　　　　　 )
　　　　　　　　　　　　　　　　　)
DELTA AIR LINES, INC., et al.,　　)
　　　　　　　　　　　　　　　　　) AMENDED
　　　　　　　　　　　Defendants. ) SCHEDULING ORDER
　　　　　　　　　　　　　　　　　)

　　　　Pursuant to a telephone conference between all counsel to this action held May 22, 2008, the parties CONSENT and AGREE to the following Amended Scheduling Order.

　　　　The following was discussed and the Hon. Denny Chin Ordered as follows:

　　　　1.　All fact and expert discovery must be completed on or before August 28, 2008

　　　　2.　A pretrial conference will be held on ~~August~~ Sept. 5, 2008 at 10 a.m. ~~(date and time to be supplied by the Court)~~.

　　　　3. The 5/30/08 PTC is adjourned.

SO ORDERED

Dated: New York, New York
　　　　5/28, 2008

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. Denny Chin
　　　　　　　　　　　　　　　　　　　　United States District Judge

1