Chin, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

| | |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY,<br><br>Plaintiff,<br><br>- against -<br><br>DELTA AIRLINES, INC., UTi UNITED STATES, INC., SERVICIOS LOGISTICS INTEGRADOS, & SWISSPORT USA, INC.<br><br>Defendants | INDEX: 07 Civ. 6219(DC)<br><br>**STIPULATION AND ORDER TO SUBSTITUTE COUNSEL** |
| DELTA AIRLINES, INC.,<br><br>Third-Party Plaintiff,<br><br>- against -<br><br>SWISSPORT USA, INC.<br><br>Third-Party Defendant | |



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/30/08

IT IS HEREBY STIPLAUTED AND AGREED, by and between the undersigned, that Mendes & Mount, LLP, 750 Seventh Avenue, New York, New York 10019, be and the same hereby are substituted as attorneys of record for DELTA AIRLINES, INC. in place and instead of Mound Cotton Wollan & Greengrass, One Battery Park Plaza, New York, NY 10004, as of the date hereof. This substitution of counsel concerns the main action only. Mound Cotton Wollan & Greengrass will continue to be attorneys of records

for DELTA AIRLINES, INC. in the Third-Party action by and between DELTA AIRLINES, INC. and SWISSPORT USA, INC.

Dated:
New York, New York
July 25, 2008

Francis Montbach, Esq. (FM-9631)
Mound Cotton Wollan & Greengrass
One Battery Park Plaza
New York, NY 10004
212-804-4229

Roberta Miranda, Esq. (RM-5818)
MENDES & MOUNT, LLP
750 Seventh Ave.
New York, NY 10019-6829
212-261-8000

SO ORDERED:

U.S.D.J.

7/30/08