MOUND COTTON WOLLAN & GREENGRASS
Francis A. Montbach (FAM9631)
One Battery Park Plaza
New York, NY   10004
Telephone: (212) 804-4200
Fax: (212) 344-8066
Attorneys for Third-Party Plaintiff
Delta Air Lines, Inc.


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

AMERICAN HOME ASSURANCE COMPANY,

                         Plaintiff,                              07 Civ. 6219 (DC)

            - against -

DELTA AIR LINES, INC., UTi UNITED
STATES, INC., & SERVICIOS LOGISTICS
INTEGRADOS and SWISSPORT USA, INC.,

                         Defendants.                    **AFFIRMATION OF**
-------------------------------------------------------------------x     **FRANCIS A. MONTBACH**
DELTA AIR LINES, INC.,

                  Delta and Third-Party Plaintiff,

         - against -

SWISSPORT USA, INC.

                  Third-Party Defendant
-------------------------------------------------------------------x


         FRANCIS A. MONTBACH, being duly admitted to practice law in New York, affirms

under the penalties of perjury:

         1.      I am a partner in the law firm of Mound Cotton Wollan & Greengrass, attorneys

for third-party plaintiff Delta Air Lines, Inc. ("Delta") in the captioned action.  Having handled

this matter since its inception, I am fully familiar with the facts and proceedings heretofore had herein.

2.     This affirmation is submitted in support of Delta's Memorandum of Law in Support of its Motion for Summary Judgment, in its third-party action, seeking full indemnification from Swissport USA, Inc. ("Swissport"), the third-party defendant.

3.     Annexed hereto are true and accurate copies of the following documents:

(i)     Letter, dated December 4, 2007, tendering the defense of this action to Swissport and requesting indemnification (Exhibit "1").

(ii)     Third-Party Complaint (Exhibit "2").

(iii)     Swissport's counsel's letter of February 20, 2008, accepting tender of Delta's defense subject to conditions (Exhibit "3").

(iv)     Letter, dated March 24, 2008, responding to Swissport's counsel's letter of February 20, 2008 (Exhibit "4").

(v)     Swissport's counsel's letter and e-mail of April 15, 2008 limiting indemnification to reasonable costs and expenses incurred after December 4, 2007 (Exhibit "5").

(vi)     E-mail of April 25, 2007 responding to Swissport's counsel's letter and e-mail of April 15, 2008 (Exhibit "6").

Dated:  New York, New York
          August  4, 2008.

FRANCIS A. MONTBACH (FAM9631)