# MOUND COTTON WOLLAN & GREENGRASS

### COUNSELLORS AT LAW

ONE BATTERY PARK PLAZA
NEW YORK, NY 10004-1486

———

(212) 804-4200

FAX: (212) 344-8066

WWW.MOUNDCOTTON.COM

NEW YORK, NY
NEWARK, NJ
GARDEN CITY, NY
SAN FRANCISCO, CA
FT. LAUDERDALE, FL

**WRITER'S DIRECT DIAL**
212-804-4229
fmontbach@moundcotton.com

December 4, 2007

**VIA FAX**

Re:    American Home Assurance Company v.
       Delta Air Lines, Inc., UTi United States and
       Servicio Logistics Intergrados
       Our File: 0103.272

. . .

Mr. George Hogan
Swissport USA, Inc.
45025 Aviation Drive
Suite 350
Dulles, Virginia   20166

Dear Mr. Hogan:

Delta Air Lines, Inc. has been sued by the subrogated insurer of Bristol-Myers Squibb, S.A. in connection with claimed damages to a shipment of pharmaceuticals transported by Delta Air Lines, Inc., between JFK International Airport and Barcelona, Spain pursuant to air waybill #006-4471-9846, dated September 21, 2006. The suit is currently pending in the United States District Court for the Southern District of New York [07 Civ. 6219 (DC)] and seeks damages in the amount of $591,023.73. We are currently representing Delta Air Lines, Inc.'s interests in this action.

It is alleged that the involved shipment of pharmaceuticals was damaged and rendered worthless as a result of having been dropped during transit. We are advised by Delta Air Lines, Inc. that the involved shipment was the subject of an incident during loading at JFK International Airport, on or about September 23, 2006, while the shipment was in the sole custody of Swissport. As a result of this incident, a portion of the shipment had to be rebuilt and repalletized before it could be carried to the destination.

In accordance with the Master Agreement for Airport Services, as amended, between Delta Air Lines, Inc. and Swissport USA, Inc., and, in particular as provided by

Paragraph 11 of said Agreement and Paragraph VII (B)(1) of Exhibit A annexed thereto, Delta Air Lines, Inc. hereby places Swissport, USA, Inc. on notice that it will seek indemnification from Swissport USA, Inc. for any and all liability, etc., that it may incur as a result of the aforementioned incident.

In addition, in accordance with paragraphs 10.1 and 10.5 of the Agreement, we hereby request that Swissport USA, Inc. place its Commercial General Liability Insurer on notice of this incident and advise us, by return mail, of the identity of this insurer, providing us with the policy details and contact information for said insurer, in order that we can contact them directly.

As we have indicated, an active litigation is currently pending.  In light of this litigation we, on behalf of Delta Air Lines, Inc., in accordance with the Master Agreement for Airport Services, as amended, tender the defense of Delta Air Lines, Inc., in this action, to Swissport, Inc., and demand that Swissport USA, Inc. take over Delta Air Lines, Inc.'s defense forthwith, and agree to hold harmless and indemnify Delta Air Lines, Inc. from any and all liabilities and costs in connection with this suit and the underlying claim.

We respectfully request that Swissport USA, Inc. respond as soon as possible to the foregoing, and at the latest, by December 18, 2007.  This request for a prompt response is necessitated by a deadline for adding additional parties to the pending action, set by the Court, of January 7, 2008.  If we do not receive a positive response on or before December 18, 2007, we will have to start a third-party action against Swissport USA, Inc.  Hopefully, this will not be necessary.

We look forward to your prompt response.

Very truly yours,

MOUND COTTON  WOLLAN & GREENGRASS

By _____
Francis A. Montbach

FAM:mk
Attachment