Case 1:07-cv-06219-DC    Document 27-6    Filed 08/05/2008    Page 1 of 3

Exhibit 5

| | |
|---|---|
| From: | "Miranda, Roberta" <Roberta.Miranda@mendes.com> |
| To: | "Francis Montbach" <FMontbach@moundcotton.com> |
| Date: | 4/15/2008 12:42:17 PM |
| Subject: | American Home Assurance |

Dear Mr. Montbach-

Please be advised that Swissport is willing to indemnify DELTA, and its insurers, for all reasonable costs and expenses (including to costs and attorney's fees) incurred in the defense of the above captioned matter from December 4, 2007 (date on which this matter was tendered by Delta to Swissport), and not May 24, 2007 as indicated in the attached letter.

I apologize for any confusion this might have caused.

Best regards,
Roberta Miranda
Mendes & Mount, LLP
750 Seventh Avenue
New York, NY 10019
Tel. (212) 261-8239
Fax. (212) 261-8750
roberta.miranda@mendes.com


Roberta Miranda
Mendes & Mount, LLP
750 Seventh Avenue
New York, New York 10019
Tel: (212) 261-8239
Fax: (212) 261-8750


From: Miranda, Roberta
Sent: Tuesday, April 15, 2008 11:58 AM
To: 'Francis Montbach'
Subject: FW: Scan from a Xerox WorkCentre Pro


Please see attached letter.

Roberta Miranda

Roberta Miranda
Mendes & Mount, LLP
750 Seventh Avenue
New York, NY 10019
Tel. (212) 261-8239
Fax. (212) 261-8750
roberta.miranda@mendes.com

-----Original Message-----
From: xerox24@mendes.com [mailto:xerox24@mendes.com]
Sent: Tuesday, April 15, 2008 1:05 PM
To: Miranda, Roberta

# MENDES & MOUNT, LLP

750 SEVENTH AVENUE
NEW YORK, NY 10019-6829
TELEPHONE: (212) 261-8000
FACSIMILE: (212) 261-8750

LOS ANGELES OFFICE
445 SOUTH FIGUEROA STREET
THIRTY-EIGHTH FLOOR
LOS ANGELES, CA 90071-1601
TELEPHONE: (213) 955-7700
FACSIMILE: (213) 955-7725

NEW JERSEY OFFICE
ONE NEWARK CENTER
NEWARK, NJ 07102-5259
TELEPHONE: (973) 639-7300
FACSIMILE: (973) 639-7350

DIRECT DIAL: (212) 261-8239

April 15, 2008

**VIA EMAIL**
Francis Allen Montbach
Mound Cotton Wollan & Greengrass
One Battery Park Plaza
New York, NY 10004

Re:   American Home Assurance Co. v. Delta Air Lines, Inc. et al
      Index No.: 07 Civ. 6219

Dear Mr. Montbach,

We are in receipt of your correspondence dated March 24, 2008. We have discussed your proposal with our client and agree with all the conditions set forth in your letter, except that we will not agree to indemnify Delta for all costs and expenses incurred in the defense of the captioned matter "from its inception until conclusion". Instead, we are willing to indemnify DELTA, and its insurers, for all reasonable costs and expenses (including to costs and attorney's fees) incurred in the defense of the above captioned matter from May 24, 2007.

Please advise whether the foregoing meets with your client's approval.

Sincerely,

Roberta Miranda, Esq. (RM-5818)
MENDES & MOUNT, LLP