Exhibit 6

| | |
|---|---|
| **From:** | Francis Montbach |
| **To:** | Roberta.Miranda@Mendes.com |
| **Date:** | 4/25/2008 3:22:22 PM |
| **Subject:** | American Home Assurance v. Delta Air Lines et al   Our File # 0103.272 |

Dear Ms. Miranda:

In accordance with our recent discussion and in response to your email of April 15, 2008, we write to advise you that Delta Air Lines, Inc. will not accept or agree to the revisions to Delta's proposed agreement set forth in our letter to you of March 24, 2008, contained in your email.

As we have advised you, Paragraph 11 of the Master Agreement for Air port Services between Swissport USA, Inc. and Delta Air Lines, Inc. does not contain the term "reasonable" in relation to the costs to be indemnified pursuant thereto, nor does it limit indemnification to costs incurred after "tender" of a matter to Swissport USA, Inc.

As soon as Swissport USA, Inc. agrees to Delta's proposed agreement, we will turn over the defense of this matter to you, and will stipulate to the discontinuance of the third-party action against Swissport by Delta.

We look forward to hearing from you, and remain,

Very truly yours,

Mound Cotton Wollan & Greengrass

Francis A. Montbach