**C.  Transfer Mail**

1.  Ensure AV7 form is present and secure signed copy of form from the local
    postal representatives.
2.  Ensure transfer manifest is present and complete.

**D.  Customs Control**

1.  Place international mail under Customs' control, if required, and clear discrepancies
    in accordance with local regulations.
2.  Present to Customs, as required, international mail for physical examination.

**E.  Document Handling**

1.  Distribute incoming/outgoing Post Office mail documents as required by
    local procedure.

**F.  Irregularities Handling**

1.  Handle lost, found and damaged mail matters and report all irregularities to
    Delta and postal authorities in accordance with local practices.
2.  Maintain a file on all mail matters, including irregularities, for a period to be
    mutually agreed.
3.  Disqualify mail according to Delta procedures.  Notify local postal
    representatives when disqualification of mail is necessary.

**III.   LOADING AND UNLOADING**

    **A.   Equipment Operation**

1.   (a)   Provide
    (b)   Operate suitable equipment for transport of loads between agreed
           points on the airport, as required.  Ensure safe operation of all
           equipment.  (Equipment to be released and/or made available, as
           mutually agreed.)

**IV.   SUPERVISION AND ADMINISTRATION**

    **A.   Supervisory Functions**

1.   Attend at the airport as necessary to coordinate with any third party ground handling
     services contractor(s) retained by Delta.
2.   Cooperate with Delta's designated representative, as required.
3.   Ensure that Contractor's employees are timely informed about operational data,
     including schedule changes, cancellations, or delays.
4.   Check availability and preparedness of staff, equipment, supplies and services of the
     Contractor to perform the services.
5.   Check preparation for documentation.
6.   Ensure that prompt notification of Delta's requirements is given to all interested
     parties.
7.   Check that all loads including necessary documents will be ready in time to be
     loaded on the flight.
8.   Check dispatch of operational messages.

9. Ensure personnel receive all mandatory and recommended training.
10. Perform periodic delivery time checks to ensure delivery of mail is meeting USPS Standards.

## V. EQUIPMENT

### A. Motorized

1. Prior to the start of each shift, an equipment check sheet is to be completed for all motorized equipment used during that shift. The following items will be checked to ensure the proper operation of the vehicle:

   (a) fuel
   (b) fluid levels
   (c) lights
   (d) brakes
   (e) emergency brake
   (f) horn
   (g) wipers
   (h) tires
   (i) mirrors
   (j) hitches
   (k) windshields

   Any unserviceable and/or unsafe equipment is to be reported to Delta and Contractor management and removed from service.
   Vehicle exterior and interior must be kept clean and in good repair.

### B. Non Motorized

The following items will be checked to ensure the proper operation of the transporters, containers, and carts:

   (a) tongues
   (b) doors/latches.
   (c) bumpers
   (d) curtains
   (e) brakes
   (f) tires
   (g) rollers and locking devices.
   (h) hitches

### C. ULD Control

1. Establish and maintain procedures in accordance with the ULD Coordinator Handbook for the use and management of ULD containers and pallets.
2. Exercise proper care over the handling of ULD's under Contractor's control in accordance with Delta policy and procedures.
3. Submit a physical Daily/Weekly inventory of ULD's on hand.
4. Contractor shall manage, coordinate, and enforce all rules relevant to ULD demurrage charges.

**D. Miscellaneous Equipment**
1. Forklift batteries must be stored and maintained properly.
2. Forklift battery chargers must be in proper working condition.
3. Scales must be tested periodically and calibrated semi-annually.

## VI. SECURITY

### A. Mail
1. (a) Provide
      or
   (b) Arrange for
      (1) secure storage.
      (2) physical examination.
      (3) screening.
      (4) decompression.
2. Damaged, opened, crushed, or soiled mail must be reported to Delta and the Postal authorities.

### B. Postings
1. A communications bulletin board must be located within the facility.
2. Bulletin board communications must be current and posted in an organized manner.
3. Current advisory materials posted must be on bulletin board.
4. Cargo/Mail service bulletins must be maintained and accessible to affected personnel.
5. USPS mail theft posters must be prominently displayed throughout the facility.

## 4. CABIN CLEANING SPECIFICATIONS

Contractor shall perform Cabin Cleaning Services as set forth in this Exhibit A and as described in greater detail in Delta's Ground Operations Manual (the "GOM"). As a result of aircraft acquisitions, diversions and other circumstances, Delta may operate aircraft types at the Airport in addition to those specifically referenced in this Exhibit A. For aircraft types that are not referenced in this Exhibit A, refer to the sections of the GOM for such new aircraft types that correspond to the sections listed below. Further, the references below to specific section numbers within the GOM are for convenience of reference only. Section numbers within the GOM may change from time to time. It is the Contractor's responsibility to ensure that the Contractor is performing the services in compliance with all applicable provisions of the GOM. As the GOM is updated and revised by Delta from time to time and as Cabin Service Bulletins and teletypes are issued by Delta, these specifications shall be deemed to automatically include such updates, revisions, teletypes, and bulletins. Copies of all such documents shall be provided to Contractor upon request.

Delta's cabin service cleaning procedures and specifications are designed to ensure that all domestic aircraft receive the same level of cleaning. Strict adherence to the specifications and cleaning schedule is required.

The major components of Delta's Cabin Cleaning Program are:

- Passenger Active Flights (PAFs)
  Cleaning of these flights is organized in a manner that addresses the items that are the most important based on the priorities defined on agents' task cards.

- Remain Overnight Flights (RON)
  Each RON aircraft in the domestic system will receive a thorough cleaning every day of the week. In addition to the thorough cleaning, one part of the aircraft (galleys, floors, cabin, or lavatories) will receive special emphasis depending on the night of the week. Each aircraft at each station will receive the same detail on the same night of the week.

- Cabin Service Intensive Clean (CSIC)
  Certain aircraft, as designated by Delta, will receive intensive cleaning on designated nights to support the Cabin Refurbishment Program. The CSIC is performed in selected Cabin Service locations (ATL, QBS, CVG, DFW, MCO, LAX, SLC).

- Quality Assurance Audit
  The Quality Assurance Audit (QAA) is a standard measurement tool for use by Airport Customer Service personnel to measure quality, compliance, and performance of the Cabin Service Business Partners. Refer to Delta's Ground Operations Manual (GOM), Quality Assurance Audit Form, section 50.10.40.

  Note:  Training materials and personnel reference cards (task cards) are available in Spanish and English.

## I.    LAVATORY SERVICE SPECIFICATIONS

Refer to Lavatory Service sections listed below in Delta's Ground Operations Manual

A.    B-727 Lavatory Service, section 727.40.2
B.    B-737 Lavatory Service, section 737.40.2
C.    B-737 Express Lavatory Service, section 73E.40.2
D.    B-757 Lavatory Service, section 757.40.2
E.    B-767/B-767ER Lavatory Service, sections 767.40.2
F.    B-777 Lavatory Service, section 777.40.2
G.    L1011 Lavatory Service, section L10.40.2
H.    MD-11 Lavatory Service, section M11.40.2
I.    MD88 Lavatory Service, section M88.40.2
J.    MD90 Lavatory Service, section M90.40.2
K.    Lavatory Service Log, section 50.10.30
L.    Lavatory Flush and Fill Chart, section 50.10.30
M.    Lavatory Truck Operation, section 70.10.70 and Lavatory Service Cart Operation,
      section 70.10.71
N.    Lavatory Inoperative Placard, section 50.10.70
O.    Lavatory Blue Ice Procedures, section 5010.70

## II.    POTABLE WATER SERVICE SPECIFICATIONS

Refer to Potable Water Service sections in Delta's Ground Operations Manual listed below

A.    B-727 Potable Water Service, section 727.40.3
B.    B-737 Potable Water Service, section 737.40.3
C.    B-757 Potable Water Service, section 757.40.3
D.    B-767 Potable Water Service, section 767.40.3
E.    B-777 Potable Water Service, section 777.40.3
F.    L1011-100/250/500 Potable Water Service, section L10.40.3
G.    MD-11Potable Water Service, section M11.40.3
H.    MD88 Potable Water Service, section M88.40.3
I.    MD90 Potable Water Service, section M90.40.3

## III.    PASSENGER ACTIVE FLIGHT DUTIES

Refer to Work Hour Requirements section 50.10.20, in Delta's Ground Operations Manual

A.    Cabin
Refer to cleaning specifications sections listed below in Delta's Ground Operations Manual

1.    Cleaning Requirements - Domestic, section 50.30
2.    Cleaning Requirements - International, section 50.40
3.    Cleaning Requirements - Intensive Cleaning (CSIC), section 50.20
4.    Cleaning Requirements - Delta Express, section 50.30
5.    Cleaning Requirements - Delta Shuttle, section 50.30

B.    Galley
Refer to cleaning specifications sections listed below in Delta's Ground Operations Manual

1.    Cleaning Requirements - Domestic, section 50.30
2.    Cleaning Requirements - International, section 50.40
3.    Cleaning Requirements - Intensive Cleaning (CSIC), section 50.20
4.    Cleaning Requirements - Delta Express, section 50.30
5.    Cleaning Requirements - Delta Shuttle, section 50.30

C.    Cabin Cleaning
Refer to cleaning specifications sections listed below in Delta's Ground Operations Manual

1.    Cleaning Requirements - Domestic, section 50.30
2.    Cleaning Requirements - International, section 50.40
3.    Cleaning Requirements - Intensive Cleaning (CSIC), section 50.20
4.    Cleaning Requirements - Delta Express, section 50.30
5.    Cleaning Requirements - Delta Shuttle, section 50.30

D.    Lavatory Cleaning
Refer to cleaning specifications sections listed below in Delta's Ground Operations Manual

1.    Cleaning Requirements - Domestic, section 50.30
2.    Cleaning Requirements - International, section 50.40
3.    Cleaning Requirements - Intensive Cleaning (CSIC), section 50.20
4.    Cleaning Requirements - Delta Express, section 50.30
5.    Cleaning Requirements - Delta Shuttle, section 50.30

IV.    **REMAIN OVERNIGHT FLIGHT DUTIES**

Refer to Work Hour Requirements section 50.10.20, in Delta's Ground Operation Manual

A.    Galley
Refer to cleaning specifications sections listed below in Delta's Ground
Operations Manual

1.    Cleaning Requirements - Domestic, section 50.30
2.    Cleaning Requirements - International, section 50.40
3.    Cleaning Requirements - Intensive Cleaning (CSIC), section 50.20
4.    Cleaning Requirements - Delta Express, section 50.30
5.    Cleaning Requirements - Delta Shuttle, section 50.30

B.    Floor
Refer to cleaning specifications sections listed below in Delta's Ground
Operations Manual

1.    Cleaning Requirements - Domestic, section 50.30
2.    Cleaning Requirements - International, section 50.40
3.    Cleaning Requirements - Intensive Cleaning (CSIC), section 50.20
4.    Cleaning Requirements - Delta Express, section 50.30
5.    Cleaning Requirements - Delta Shuttle, section 50.30

C.    Cabin
Refer to cleaning specifications sections listed below in Delta's Ground
Operations Manual

1.    Cleaning Requirements - Domestic, section 50.30
2.    Cleaning Requirements - International, section 50.40
3.    Cleaning Requirements - Intensive Cleaning (CSIC), section 50.20
4.    Cleaning Requirements - Delta Express, section 50.30
5.    Cleaning Requirements - Delta Shuttle, section 50.30

D.    Lavatory
Refer to cleaning specifications sections listed below in Delta's Ground
Operations Manual

1.    Cleaning Requirements - Domestic, section 50.30
2.    Cleaning Requirements - International, section 50.40
3.    Cleaning Requirements - Intensive Cleaning (CSIC), section 50.20
4.    Cleaning Requirements - Delta Express, section 50.30
5.    Cleaning Requirements - Delta Shuttle, section 50.30

E.  Special Duties
    First of Every Month
    Refer to cleaning specifications sections listed below in Delta's Ground
    Operations Manual

    1.  Cleaning Requirements - Domestic, section 50.30
    2.  Cleaning Requirements - International, section 50.40
    3.  Cleaning Requirements - Intensive Cleaning (CSIC), section 50.20
    4.  Cleaning Requirements - Delta Express, section 50.30
    5.  Cleaning Requirements - Delta Shuttle, section 50.30

    Fifteenth of Every Month
    Refer to cleaning specifications sections listed below in Delta's Ground
    Operations Manual

    1.  Cleaning Requirements - Domestic, section 50.30
    2.  Cleaning Requirements - International, section 50.40
    3.  Cleaning Requirements - Intensive Cleaning (CSIC), section 50.20
    4.  Cleaning Requirements - Delta Express, section 50.30
    5.  Cleaning Requirements - Delta Shuttle, section 50.30

## V.  HOUSEKEEPING AND VEHICLE MAINTENANCE

A.  **Warehouses/Facilities**
    1.  FDA Requirements
    Refer to FDA/Requirements - Warehouse/Facilities, section 50.50 in Delta's
        Ground Operations Manual
    2.  OSHA Requirements
    Refer to OSHA - Warehouse/Facilities, section 50.50 in Delta's Ground
        Operations Manual
    3.  Chemicals
        Refer to Chemicals - Warehouse/Facilities, section 50.50 in Delta's
        Ground Operations Manual

B.  **Ground Support Equipment**

    1.  GSE Procedures - Refer to GSE Procedures, section 50.60.20 in Delta's
        Ground Operations Manual
    2.  Operation of Ground Support Equipment - Refer to Operation Ground
        Support Equipment, section 50.10.10 in Delta's Ground Operations
        Manual
    3.  Vehicle Inspection - Refer to Vehicle Inspection, sections 50.60.10 and
        50.10.10 in Delta's Ground Operations Manual
    4.  High Lift Truck Operation - Refer to High Lift Truck Operation, section
        50.10.60 in Delta's Ground Operations Manual

5.    Step Van Operation - Refer to Step Van Operation, section 50.10.61 in Delta's Ground Operations Manual

## VI.    AIRCRAFT DOOR OPERATIONS

A.    Refer to Aircraft Door Operation sections in Delta's Ground Operations Manual

1.    B-727 Lavatory Service, section 727.40.1
2.    B-737 Lavatory Service, section 737.40.1
3.    B-737 Express Lavatory Service, section 73E.40.1
4.    B-757 Lavatory Service, section 757.40.1
5.    B-767/B-767ER Lavatory Service, sections 767.40.1
6.    B-777 Lavatory Service, section 777.40.1
7.    L1011 Lavatory Service, section L10.40.1
8.    MD-11 Lavatory Service, section M11.40.1
9.    MD88 Lavatory Service, section M88.40.1
10.    MD90 Lavatory Service, section M90.40.1

## VII.    GOVERNMENT REGULATIONS AND RECORD KEEPING

A.    Refer to Government Regulations and Record Keeping, section 50.50 in Delta's Ground Operations Manual

## VIII.    EMERGENCY PROCEDURES

A.    Refer to Emergency Procedures, section 50.60.100 in Delta's Ground Operations Manual

## IX.    PASSENGER SAFETY INFORMATION CARDS

A.    Refer to Passenger Safety Information Cards (PSIC), section 50.10.90 in Delta's Ground Operations Manual

## 5.  GSE MAINTENANCE SPECIFICATIONS

Contractor is responsible for maintaining the Ground Support Equipment required to perform ground handling services for Delta in conformity with the high operating and appearance standards previously used by Delta personnel.  The following information, which is not intended to be all-inclusive, will provide a general overview of the requirements with which Contractor will be expected to comply in its maintenance of the GSE equipment.

The term "Ground Support Equipment" (GSE) means Delta owned or leased, motorized and non-motorized equipment, stationary ground power (air starting, air conditioning and passenger loading bridges), and other systems used to perform Delta's ground operations.

The scope of the maintenance program includes routine, non-routine, emergency, and heavy maintenance as well as painting of motorized, non-motorized, and stationary ground support equipment.  Technical support and on-site assistance for Contractor will be provided as needed by Delta GSE Maintenance personnel from another station.  Each month, the Delta Station Manager/Director will forward copies of equipment work-orders completed by the Contractor to a designated Delta Maintenance Office.

The schedule for Preventative Maintenance Inspections (PMI's) for motorized equipment systems (mobile or stationary) is comprised of the following routine checks:

> Daily check (use Ramp Equipment Daily Check Report, form 0412-40468)
> Daily cleaning, washing, polishing, and touch-up painting to maintain a high standard of appearance.
> No. 1 (or "A") check - 60 day intervals
> No. 2 ( or "A and B") check - 180 day intervals
> Personnel Aerial Lifting Device inspections - Annually
> Special pre-winter PMI required (during fall) for all aircraft de-icing equipment
> Weekly check required for aircraft deicer/washer - October 1 through March 1

The preventative maintenance program for non-motorized GSE consists of a thorough inspection and required maintenance to each item a minimum of once each week (except when otherwise specified, such as for fire extinguishers, etc.)

It is the Contractor's responsibility to prearrange alternate equipment that can be made available during ground handling operations in the event of inoperative ground support equipment (flat tire, equipment starts, etc.).  If such alternatives cannot be obtained, the Contractor must provide emergency maintenance.

Certain items of equipment have specific limits, such as the number of hours of operation, number of starts, etc., which are established by the manufacturer as the frequency time for maintenance. This type of criteria for the performance of check frequencies will eventually become the predominant standard.  Delta GSE Maintenance has attempted to incorporate these limits into set day periods of time.

|  | Chassis Lubrication and/or Oil Change | No. 1 (A) Check | No. 2 (A & B) Check |
|---|---|---|---|
| Stations Without Delta Maintenance Personnel | 60 Day Intervals | 60 Day Intervals | 180 Day Intervals |

Normally daily checks are performed a minimum of once each 24 hours. At stations with high in-service utilization of motorized equipment, a daily check may be required each shift. Daily checks are to be scheduled at appropriate intervals to detect discrepancies before the equipment is rendered inoperative or damaged due to neglect and to minimize work requirements on No. 1 and No. 2 checks.

**NOTE:** On units with more than one engine, such as air conditioning trucks, apply the appropriate items of the daily check to both engines.

**Daily Checks should include the following:**

Check Coolant (Radiator) — Maintain at 2" below the cap. Inspect the radiator, hoses, pumps and engine block for leaks, condition and proper operation. During cold weather, sufficient antifreeze fluid to insure protection against existing or anticipated temperatures.

Check Oil — Replenish oil as necessary to insure the engine will not be operated with the oil level below the LOW mark on the gauge or dipstick.

Check Fuel — Check the fuel supply and refill the tank, as required.

Check Lights — Check for proper operation of headlights (dim and bright), tail lights, parking lights, brake lights, running lights and any interior lights.

Check Brakes — Applying brakes normally, the pedal should not travel to within two inches of the floor, and the hand brake must keep the unit from moving under normal parked conditions.

Check Tires — Visually check the tires for normal inflation and for damaged or worn areas.

Check Muffler — Insure the muffler and tailpipe are secure and performing properly.

Check Clutch and Transmission — They should operate in each gear with a smoothness of operation and shifting ease and without any grinding.

Check Battery — Insure water levels are sufficient, cable connections are secure, and that the posts are free of corrosion and acid buildup.

## Miscellaneous Items

<u>Windshield Wipers</u> — Check for proper operation and effectiveness, insuring blades are not torn or worn.  Clean the windshield inside and out.

<u>Horn, Reflectors, and Mirrors</u> — Examine for proper operation, security or damage.

<u>Fire Extinguishers</u> — Insure the safety seal is not broken and that it is regularly checked by a licensed vendor.

<u>Appearance (Interior and Exterior)</u> — Remove trash and sweep out the cab and interior compartments.  Wipe or wash off any dirt, mud, grease, etc.

**NOTE:**  At least once each week, wash the unit.  After washing, touch-up any painted areas where paint has been scraped or chipped away.  At least once annually, all GSE equipment should be entirely repainted.  Delta logo and numbers will be provided by the local Delta Station Manager/Director.  These should be positioned on the equipment in accordance with Delta Ground Operations Manual guidelines.

Delta will provide all parts and miscellaneous supplies, as well as the method for accounting and record keeping.  It is the Contractor's responsibility for ordering and maintaining supplies for Preventative Maintenance Inspections and maintaining service records for each piece of motorized equipment.  A separate folder for each piece of motorized equipment should be established, keeping pertinent service records for such equipment in such folder.  Records of major maintenance and No. 2 checks shall be kept for eighteen (18) months.  Records of unscheduled maintenance and other scheduled checks shall be kept for six (6) months.

## 6.  SECURITY SERVICES SPECIFICATIONS

(a)      Contractor shall furnish security services, as that term is generally understood in the air transportation industry, and as more particularly provided in Subsection (c) below, in a designated location(s) at the Airport.  Contractor shall furnish ALL personnel required to furnish the services.

(b)      Upon direction from Delta, Contractor shall perform security services for any other air carrier or air carriers who operate Designated Aircraft at the Airport ("Delta-Handled Carriers").

(c)      Contractor's services shall include, but not be limited to:

(1)      Furnishing a sufficient number of Contractor's employees ("Security Personnel") to perform electronic screening of persons and the search of personal articles passing through security checkpoints at designated locations at each Airport in accordance with Federal Aviation Regulations Part 108 (C.F.R. part 108), providing seven (7) days per week coverage on all shifts as required by Delta.

(2)      Furnishing uniformed Security Personnel qualified to serve as Checkpoint Security Supervisors in the specific number and for the specific hours of duty as agreed upon by the parties hereto from time to time.  Each Checkpoint Security Supervisor shall perform duties as set forth in Delta's Air Carrier Standard Security Program, as approved from time to time by the Federal Aviation Administration.

## 7. SKYCAP SERVICES SPECIFICATIONS

(a)     Contractor shall furnish to Delta skycap services, as that term is generally understood in the air transportation industry, and as more particularly provided in Subsection (c) below at Delta's curbside locations and, if applicable, any interior check-in locations, baggage carousels, and, if applicable, at all Delta gates at the Airport. Contractor shall furnish ALL personnel required to furnish the services in accordance with this Agreement.

(b)     Upon direction from Delta, Contractor also shall perform skycap services for any other air carrier or air carriers who operate Designated Aircraft at the Airport ("Delta-Handled Carriers").

(c)     Contractor's services shall include but not be limited to providing Delta with a sufficient number of employees at the Airport to:

(1)     Provide bag handling and bag tagging services required by air line passengers, either in-bound or out-bound customers at the Airport, at Delta's (and, if applicable, any Delta-Handled Carrier's) curbside locations, interior ticket counters and check-in locations, baggage carousels, baggage offices and gates.

(2)     Provide monitoring of the local baggage claim areas (carousels) and assist customers with their baggage in these areas.

(3)     If applicable, provide wheelchair and other special assistance to Delta's customers, between all gates and ticket counters, baggage facilities, connecting flights, parking lot or garage, or as otherwise specified by Delta.

## 8. JANITORIAL SERVICES SPECIFICATIONS

[To be appended to the appropriate Airport Annex if Janitorial Services are included.]

**EXHIBIT B**

**DELTA AIR LINES, INC.**
**GROUND CONTRACTOR UNIFORM SPECIFICATIONS**
**EFFECTIVE - FEBRUARY 1, 1994**

The following uniform specifications apply to contract employees who perform ground services
exclusively for Delta Air Lines, Inc. (unless an exception or alternative is authorized by Delta.)

<u>MALE AND FEMALE EMPLOYEES</u>

**A. <u>GARMENTS</u>**

| | | |
|---|---|---|
| Pants | Navy color work pant - Cintas Corporation Style Numbers | |
| | Male | 945-20 Uniform work pant or |
| | | 948-20 Jean style pant |
| | Female | 546-20 Pant with elastic tabs, or |
| | | 553-20 Pleated pant |
| Shorts | Navy color work pant - Cintas Corporation Style Numbers | |
| | Male | 84-21 Pleated work pant |
| | Female | 554-21 Pleated work pant |
| Jumpsuit | Insulated cold weather type - navy blue (extra cold days).  Must be worn in conjunction with pants and shirt. | |
| Shirt | Short sleeve or long sleeve | |
| | Cintas Corporation - Style Numbers | |
| | Male and Female | 935-89 Light blue with white stripe |
| | Male and Female | 145-80 Light blue knit shirt - short sleeve only |
| | Male and Female | 831-21 White with blue stripe |
| Belt | Navy or black plain with standard buckle | |
| Cap | Baseball style cap (navy) with Contractor's corporate logo (optional wear) | |
| Toboggan | Navy blue (extremely cold conditions) | |
| Shoes | Black | |

**Lead Agent or Supervisor**

| | | |
|---|---|---|
| Pants | Navy color work pant - Cintas Corporation Style Numbers | |
| | Male | 846-20 Dress uniform pant or |
| | | 945-20 Uniform work pant |
| | Female | 546-20 Pant and elastic tabs, or |
| | | 553-20 Pleated pant |
| Shirt | Short sleeve or long sleeve - Cintas Corporation Style Numbers | |
| | Male | 935-00 White uniform blouse |
| | Female | 935-00 White uniform blouse |
| Belt | Navy or black plain with standard buckle | |
| Cap | Baseball style cap (navy) with Contractor's corporate logo (optional wear) | |
| Shoes | Black oxford or combat boot style | |

## B. OUTER GARMENTS

Outer garments may consist of insulated jumpsuit, cardigan sweater, hooded sweatshirt, light, medium or heavy weight jacket. Corporate logos apply as outlined in Paragraph C.

## C. UNIFORM IDENTIFICATION

Uniform shirts and outer garments outlined in paragraphs A. & B. are to be worn with the following corporate identification:

**** Contracting company logo is required on right side of shirt, sweater or jacket/coat. This logo is to be no larger than 1-inch high by 3 inches wide.

Baseball style cap is to have the contracting company's logo placed in the center of the cap above the bill.

**** Contractor will provide lead agent or supervisor identification patch for employee uniform wear. These patches will be made available for purchase by Delta and must be positioned on the right side of the garment.

**D. SAFETY ITEMS**

All Contractor employees performing duties on behalf of Delta, are required to wear hearing protection. Sponge earplugs and ramp safety vests will be provided by Delta. Purchase of any other hearing protection is the responsibility of the Contractor (and shall be at the Contractor's sole expense).

The cost and provision of safety related items such as safety shoes, safety glasses, knee pads and back support belts are the responsibility of the Contractor and highly recommended.

Rain wear should be yellow in color and in a style similar to the present Delta uniform rain wear (i.e., jacket with hood and pants). The Contractor must stencil or in some like manner identify the contracting company on the front or back of the jacket.

**E. UNIFORM WEARING REGULATIONS AND PERSONAL APPEARANCE**

Contractor employees while on duty servicing Delta, are required to appear in uniform at all times.

Contractor employees will be expected to maintain an acceptable level of personal appearance while servicing Delta. Guidelines will be provided by the local Delta Director or Manager of Airport Customer Service.

**F. UNIFORM VENDOR**

While the Contractor is not required to use a specific uniform provider, a number of industrial uniform items, including those specified above, are available through:

Cintas Corporation
6800 Cintas Boulevard
P. O. Box 625737
Cincinnati, Ohio 45262

Contact: Cintas Customer Service
**(800) 543-4450**

Mgs-Airport-Srv
9-28-00

B-3

SYS73835

<u>EXHIBIT C</u>
**Form of Airport Annex**

**AIRPORT ANNEX - _____._____**

This Airport Annex is an annex to the Master Agreement for Airport Services (the "Agreement") dated as of _____, 20\_\_, by and between _____ ("Contractor") and Delta Air Lines, Inc. ("Delta") (Delta Contract Number _____) and is incorporated into such agreement as an Airport Annex as if fully set forth therein.  This Airport Annex - \_\_\_\_.\_\_\_\_ is valid from _____, 20\_\_, and replaces Airport Annex - \_\_\_\_.\_\_\_\_.

**I.    AIRPORT LOCATION:**

_____ Airport

_____, _____

**II.    COMMENCEMENT DATE AND TERMINATION DATE FOR SERVICES AT AIRPORT:**

Commencement Date: _____, 20\_\_
Termination Date: _____, 20\_\_, subject to the parties' early termination rights specified in the Agreement.

**III.    SERVICES TO BE PROVIDED AT AIRPORT:**

| <u>Category of Services</u><br>(refer to Exhibit A for detailed specifications) | <u>Mark with "x"</u><br>the Services to be provided |
|---|---|
| 1.  Ramp Handling Services | |
| 2.  Cargo Handling Services | |
| 3.  Mail Handling Services | |
| 4.  Cabin Cleaning Services | |
| 5.  GSE Maintenance Services | |
| 6.  Security Services | |
| 7.  Skycap Services | |
| 8.  Janitorial Services (if these services are selected, specifications must be attached to this Airport Annex) | |

Deleted: ¶

IV.    **CHARGES:**

A. <u>UNIT CHARGE.</u>

| AIRCRAFT TYPE | UNIT CHARGE (IN U.S. DOLLARS) |
|---|---|
| Regional Jet PAF | $ |
| Regional Jet RON | $ |
| Domestic Narrow Body PAF | $ |
| Domestic Narrow Body RON | $ |
| Domestic Wide Body PAF | $ |
| Domestic Wide Body RON | $ |
| International Narrow Body PAF | $ |
| International Narrow Body RON | $ |
| International Wide Body PAF | $ |
| International Wide Body RON | $ |
| Narrow Body CSIC | $ |
| Wide Body CSIC | $ |

Maximum Monthly Unit Charge Variance: _____%
Minimum Monthly Unit Charge Variance:  _____%

B. <u>MANAGEMENT FEE.</u>

Monthly Management Fee: _____

C. <u>OUT-OF-SCOPE.</u>  The hourly rate for out-of-scope services (referenced in Section 4.5 of the Agreement) is $_____.

D. <u>OTHER CHARGES.</u>  If the Services include Cargo Handling, Security Services, Skycap Services, or Janitorial Services, the following "Other Charges" shall be applicable:

1. OTHER CHARGES FOR CARGO HANDLING SERVICES:

Delta shall pay Contractor at a rate of $_____ per [pound/kilogram] at the actual weight for all inbound/outbound cargo handled by Contractor pursuant to this Agreement.

Deleted: ¶

Mas-Airport-Srv
9-28-00

C-2                    SYS73835

2.  OTHER CHARGES FOR SECURITY SERVICES:

*[Choose between Options 1 and 2 for Subparagraph 2(a)]*

*[Option 1 for Subparagraph 2(a):  Charges based on hourly rates]*
    [(a)    <u>Security Service Rates</u>.

| Position | <u>Straight Time Hourly Rate</u> | <u>Overtime/Holiday Hourly Rate</u> |
|---|---|---|
| Security Screener | $ | $ |
| Checkpoint Security Supervisor | $ | $ |

Delta acknowledges that it is standard in the industry for an airport security services contractor to obtain approval for overtime hours from the air carrier acting as custodian of the checkpoint (i.e., the air carrier that owns or provides the equipment) unless the overtime is required by irregular operations of a specific carrier (unless caused by weather), in which case the overtime is subject to approval by the carrier experiencing the irregular operations.  Overtime approved by the custodian is included in the Total Fees, and overtime caused by irregular operations is charged directly to the carrier that experienced the irregular operations.  Such practices shall remain in effect for this Agreement, provided, however that overtime in connection with Delta's irregular operations is to be worked only with the specific approval of the Delta Station Manager/Director at the Airport.  Overtime compensation will not be paid by Delta without such approval.  In addition, Delta reserves the right to require at any time by notice to Contractor, that Contractor obtain from Delta's Station Manager/Director at the Airport prior approval of all overtime worked by Contractor at the Airport that will be included in the Total Fees.

Holiday rate applies only on:   New Years Day
                                     Easter
                                     Memorial Day
                                     Independence Day
                                     Labor Day
                                     Thanksgiving Day
                                     Christmas Day              ]

*[Option 2 for Subparagraph 2(a):  Charges based on enplanements]*
    [(a)    <u>Security Service Charges</u>.  Contractor shall charge for security services at the rate of $_____ for each enplaned passenger of the air carriers using Contractor's services at the checkpoint(s) where such services are provided pursuant to this Agreement.  The number of enplaned passengers shall be determined from the statistics furnished to the Airport Operator by the participating carriers.]

| Deleted: ¶ |
|---|

*[Caution!! Do not delete subparagraph (b).]*

(b)    Total Fees.  In accordance with the rates set forth in subparagraph IV.D.2(a) of this Airport Annex, Contractor shall determine the total amount of the fees due and owing for the security services for a particular month (the "Total Fees").  Contractor shall then allocate the Total Fees for such month among the air carriers to whom it is then providing services at the Airport as more particularly provided in subparagraph IV.D.2(c) of this Airport Annex.

(c)    Proration of Fees. *[Choose One Correct Option for subparagraph (c)(i) and Delete Remaining]*

*[Option 1:  Delta is the sole party receiving services.]*

[(i) Delta is the sole air carrier to whom Contractor is providing the security services at the Airport.  Contractor shall invoice Delta, and Delta shall be responsible, in accordance with the  provisions of Section 3.3 of the Agreement, for one hundred percent (100%) of the Total Fees each month**[; provided, however, if the Total Fees for any month exceed $_____ (the "Total Fees Maximum"), then Contractor shall invoice Delta and Delta shall be responsible for payment of the Total Fees Maximum instead of the Total Fees, and if the Total Fees for any month are less than $_____ (the "Total Fees Minimum"), then Contractor shall invoice Delta and Delta shall be responsible for payment of the Total Fees Minimum instead of the Total Fees]**.]

[- OR -]

*[Option 2:  Part of Total Fees allocated evenly (20%); part based on passenger count (80%])*

[(i) Contractor is providing the security services to multiple air carriers at the Airport pursuant to this Agreement and agreements with substantially similar pricing for security services.  Accordingly, Delta's proportionate share of the Total Fees shall be determined as follows:

(A)    Twenty percent (20%) of the Total Fees shall be divided equally among all of the air carriers using Contractor's services during the month in question.

(B)    Eighty percent (80%) of the Total Fees shall be divided among all of the air carriers using Contractor's services in the same proportion that the number of passengers enplaning at the Airport for a particular individual air carrier bears to the total number of passengers enplaning at the Airport of all air carriers using Contractor's services at the Airport during the month in question.

Delta shall in no way be responsible for any deficiencies due as a result of the default of one or more of the other air carriers employing Contractor's services.]

Deleted: ¶

[- OR -]

*[Option 3: Fee allocated among users based on proportionate usage]*

[(i) Contractor is providing the security services to multiple air carriers at the Airport pursuant to this Agreement and agreements with substantially similar pricing. Delta's proportionate share of the Total Fees shall be determined by allocating the Total Fees according to the proportion Delta's number of enplaned passengers at the Airport for the applicable month bears to the total number of enplaned passengers at the Airport for all air carriers using Contractor's services during the month in question. Delta shall in no way be responsible for any deficiencies due as a result of the default of one or more of the other air carriers employing Contractor's services.]

*[Caution!! Do not delete subparagraphs (ii) and (iii).]*

(ii) Together with the invoices to Delta specified in Section 3.3 of the Agreement, Contractor shall provide Delta with such copies of all back-up documentation used by Contractor in establishing the Total Fees and, if applicable, Delta's proportionate share thereof.

(iii) To the extent the Total Fees are allocated among various air carriers using Contractor's services, the enplanements of the Handled Carrier(s) (as defined in the Security Services Specifications included in *Exhibit A* to this Agreement) shall be added to Delta's enplanements in determining Delta's proportionate share of the Total Fees, unless Contractor has a separate agreement with the Handled Carrier(s).

3. OTHER CHARGES FOR SKYCAP SERVICES:

*[Choose between Options 1 and 2 for Subparagraph 3(a)]*

*[Option 1 for Subparagraph 3(a):  Charges based on hourly rates]*
[(a)    Skycap Service Rates.

| POSITION | STRAIGHT TIME HOURLY RATES | OVERTIME/HOLIDAY HOURLY RATES |
|---|---|---|
| Skycap | $_____ | $_____ |
| Skycap Supervisor | $_____ | $_____ |

Deleted: ¶

Delta and Contractor acknowledge that it is standard industry practice that, whenever a skycap services contractor is performing services for more than one carrier at a particular airport, one carrier assumes the role of primary contact (the "Primary Carrier") for coordinating skycap service, and that a skycap services contractor must obtain approval for overtime hours from the Primary Carrier unless the overtime is required because of irregular operations of a specific carrier (excluding irregular operations caused by weather conditions), in which case the overtime is required to be approved by the carrier experiencing irregular operations.  Any overtime approved by the Primary Carrier is included in the Contractor's Total Fees (as defined below), and any overtime caused by irregular operations is charged directly to the carrier experiencing the irregular operations. The foregoing industry practices shall be observed in the execution and administration of this Agreement; provided, however, that no overtime shall be worked by Contractor's employees because of any irregular operations by Delta without the prior written approval of the Delta Station Manager/Director at the Airport, and no overtime compensation will be paid by Delta without such prior written approval.  Furthermore, Delta reserves the right to require Contractor to obtain prior written approval from Delta's Station Manager/Director at the Airport for any overtime to be included in the Contractor's Total Fees, and Delta may exercise this right at any time by giving Contractor written notice of such election.

| Holiday rate applies only on: | New Years Day |
| | Easter |
| | Memorial Day |
| | Independence Day |
| | Labor Day |
| | Thanksgiving Day |
| | Christmas Day                          ] |

*[Option 2 for Subparagraph 3(a):  Charges based on enplanements - delete bracketed language in this paragraph if wheelchair services are not charged at a separate rate]]*

[(a)    Skycap Service Charges.  Contractor shall charge for skycap services **[excluding wheelchair services]** at the rate of $____, **[and shall charge for wheelchair services at the rate of $____,]** for each enplaned passenger of the air carriers using Contractor's services at the Airport.  The number of enplaned passengers shall be determined from the statistics furnished to the Airport Operator by the participating carriers.]

*[Caution!!  Do not delete subparagraph (b).]*

(b)    Total Fees.  In accordance with the rates set forth in subsection IV.D.3(a) of this Airport Annex, Contractor shall determine the total amount of the fees due and owing to Contractor for skycap services for a particular month at the Airport (the "Total Fees").  Contractor shall then allocate the Total Fees for such month among the air carriers to whom it is then providing services at the Airport as more particularly provided in subsection IV.D.3(c) of this Airport Annex.  If Contractor has been directed by Delta to perform skycap services for any Delta-Handled Carrier (as defined in the Skycap Services

Deleted: ¶

Specifications included in <u>Exhibit A</u> to this Agreement), the enplanements of the Delta-Handled Carrier(s) shall be added to Delta's enplanements in order to determine Delta's proportionate share of the Total Fees unless Contractor has a separate skycap services agreement with the Delta-Handled Carrier(s), in which case, the enplanements of the Delta-Handled Carrier(s) shall not be added to Delta's enplanements to determine Delta's proportionate share of the Total Fees.

    (c)    <u>Proration of Fees</u>.  *[Choose One Correct Option for subsection (c)(i) and Delete Remaining Options]*

*[Option 1:  Delta is the sole party receiving services.]*

[(i) Delta is the sole air carrier to whom Contractor is providing the skycap services at the Airport.  Contractor shall invoice Delta, and Delta shall be responsible, in accordance with the provisions of Section 3.3 of the Agreement, for one hundred percent (100%) of the Total Fees each month**[; provided, however, if the Total Fees for any month exceed $_____ (the "Total Fees Maximum"), then Contractor shall invoice Delta and Delta shall be responsible for payment of the Total Fees Maximum instead of the Total Fees, and if the Total Fees for any month are less than $_____ (the "Total Fees Minimum"), then Contractor shall invoice Delta and Delta shall be responsible for payment of the Total Fees Minimum instead of the Total Fees]**.]

*[Option 2:  Part of Total Fees allocated evenly (20%); part based on passenger count (80%)]*

[(i) Contractor is providing the skycap services to multiple air carriers at the Airport pursuant to this Agreement and agreements with substantially similar pricing for skycap services.  Accordingly, Delta's proportionate share of the Total Fees shall be determined as follows:

    (A)    Twenty percent (20%) of the Total Fees shall be divided equally among all of the air carriers using Contractor's services during the month in question.

    (B)    Eighty percent (80%) of the Total Fees shall be divided among all of the air carriers using Contractor's skycap services in the same proportion that the number of passengers enplaning at the Airport for a particular individual air carrier bears to the total number of passengers enplaning at the Airport of all air carriers using Contractor's skycap services at the Airport during the month in question.

Delta shall in no way be responsible for any deficiencies due as a result of the default of one or more of the other air carriers employing Contractor's services.]

Deleted: ¶

[- OR -]

*[Option 3:  Fee allocated among users based on proportionate usage]*

[(i) Contractor is providing the services to multiple air carriers at the Airport pursuant to this Agreement and agreements with substantially similar pricing for skycap services. Delta's proportionate share of the Total Fees shall be determined by allocating the Total Fees according to the proportion Delta's passenger count at the Airport for the applicable month bears to the total passenger count at the Airport for all air carriers using Contractor's services during the month in question.  Delta shall in no way be responsible for any deficiencies due as a result of the default of one or more of the other air carriers employing Contractor's services.]

*[Caution!! Do not delete subparagraph (ii).]*

(ii) Together with the invoice to Delta specified in Section 3.3 of the Agreement, Contractor shall provide Delta with copies of all back-up documentation used by Contractor in establishing the Total Fees and Delta's proportionate share thereof.

[(d)    Contractor will provide and maintain _____ wheelchairs and _____ four-wheel carts at no additional cost to Delta.]

4.  OTHER CHARGES FOR JANITORIAL SERVICES:

For janitorial services, Delta shall pay Contractor a fixed fee of $____ per month, in arrears, on the first day of each month following the month in which services were performed.  The fee for any partial month shall be prorated.

**V.    INVOICE MAILING ADDRESS:**

In accordance with Section 3.2 of the Agreement, Contractor shall send its invoices to the following address:

Station Manager / Director - ____ Station
Delta Air Lines, Inc.
_____
_____

Deleted: ¶

**VI.    ON-SITE OPERATIONS AND OFFICE SPACE:**

Subject to Section 9 of the Agreement, Delta shall provide Contractor with the following office and/or operations space at the Airport:

| Space Location | Type of Space | Square Footage | If applicable, credit against monthly charges to Delta due to use of space for other services |
|---|---|---|---|

___(CONTRACTOR'S NAME)___          DELTA AIR LINES, INC.

By _____          By _____

Title _____          Title _____

Date _____          Date _____

Deleted: ¶

## EXHIBIT D

## PAY FOR PERFORMANCE PROGRAM

Description of Program:

Delta's "Pay for Performance Program" is intended to ensure that Delta receives the level of service for which it has contracted.  The Contractor's compensation each month will be based upon the level of service provided, as determined by the score received by the Contractor on the Cabin Service Monthly Performance Review and/or the UnderWing Monthly Performance Review, as applicable.

At present, Delta's "Pay for Performance Program is applicable only to the following types of services that may be covered by this Agreement:  Cabin Cleaning Services (covered by the Cabin Services Monthly Performance Review), and Ramp Handling Services (covered by the UnderWing Monthly Performance Review).

Each month, Contractor will complete the Cabin Service Monthly Performance Review Worksheet and Review Form and/or the UnderWing Monthly Performance Review Worksheet and Review Form, as applicable.  Contractors that provide both cabin service and underwing services will complete both sets of forms.

The Delta Station Manager/Supervisor for the Airport will also complete the Review Form(s). Delta will then calculate a weighted average of the scores given by the Delta Station Manager/Supervisor.  If Contractor provides both cabin service and underwing services, the scores from the Cabin Service Monthly Performance Review Form and the UnderWing Monthly Performance Review Form will be averaged for categories that are duplicated (note: the score from a "No" response to a "stopper" question from either form will be applied to the entire category).  This overall weighted average score will be used by Delta to determine whether Contractor's Management Fee for the month covered by the forms is to be increased, decreased or remain unchanged.  Contractor shall be notified of the adjustment, if any, and shall reflect such adjustment on the first monthly invoice presented by Contractor to Delta after imposition of the adjustment.  In the event that any Airport Annex, or this Agreement is terminated, the adjustment, if any, for the final month, or portion thereof, shall be reflected on Contractor's final invoice(s).

In the event that Contractor disputes an adjustment, Contractor must submit to Delta, within forty-five (45) days of invoice adjustment, a detailed written explanation as to why Contractor believes the overall score and the corresponding adjustment are in error.  Delta will investigate the dispute and will make a determination based on the performance review.  The decision rendered by Delta after such investigation shall be final.

Deleted: ¶

The adjustments shall apply to Contractor's entire monthly Management Fee, even though Contractor may perform services in addition to the services to which Delta's Pay for Performance Program applies.

<u>Scale for Reductions and Incentives:</u>

The initial scale that shall be used for adjustments is as follows:

| Rating | Score | % of Management Fee Incentive Increase or Reduction |
|---|---|---|
| High Performance | 3.0 | +10% |
| | 2.9 | +8% |
| | 2.8 | +6% |
| | 2.7 | +4% |
| | 2.6 | +2% |
| | 2.5 | +1% |
| Expected Performance | 2.4 | 0 |
| | 2.3 | 0 |
| | 2.2 | 0 |
| Minimal Acceptable Performance | 2.1 | 0 |
| | 2.0 | 0 |
| Unacceptable Performance | 1.9 | -5% |
| | 1.8 | -10% |
| | 1.7 | -15% |
| | 1.6 | -20% |
| | 1.5 | -25% |
| | 1.4 | -40% |
| | 1.3 | -55% |
| | 1.2 | -70% |
| | 1.1 | -85% |
| | 1.0 | -100% |

This scale may be revised from time to time by Delta.  Delta shall provide Contractor with a copy of any revisions made to the scale.

Deleted: ¶

<u>Worksheets and Review Forms</u>:

Samples of the Cabin Service Monthly Performance Review Worksheet and Review Form and
the UnderWing Monthly Performance Review Worksheet and Review Form are attached to this
<u>Exhibit D</u>.  These forms may be revised from time to time by Delta.  Delta shall provide
Contractor with a copy of any revisions made to the forms.

Deleted: ¶

SCHEDULE I
STANDARD GOVERNMENT CONTRACT PROVISIONS

**EQUAL OPPORTUNITY** (Applicable to contracts where total payments to Contractor will exceed $10,000)

1.      The Contractor will not discriminate against any employee or applicant because of race, color, religion, sex or national origin.  The Contractor will take affirmative action to ensure that applicants are employed, and that employees are treated during employment, without regard to their race, color, religion, sex, or national origin.  Such action shall include, but not be limited to the following:  employment, upgrading, demotion, or transfer; recruitment or recruitment advertising; layoff or termination; rates of pay or other forms of compensation; and selection for training, including apprenticeship.

2.      The Contractor agrees to comply with all provisions of Executive Order 11246 of September 24, 1965, as amended, and all implementing rules, regulations, and orders, which are hereby incorporated into this Agreement by reference as fully as if set forth verbatim herein.

**AFFIRMATIVE ACTION FOR HANDICAPPED WORKERS** (Applicable to all contracts where total payments to Contractor will exceed $2,500)

1.      The Contractor will not discriminate against any employee or applicant because of physical or mental handicap, in regard to any position for which the employee or applicant is qualified.  The Contractor agrees to take affirmative action to employ, advance in employment, and otherwise treat qualified handicapped individuals without discrimination based upon their physical or mental handicap in all employment practices, such as employment, upgrading, demotion or transfer, recruitment, advertising, layoff or termination, rates of pay or other forms of compensation, and selection for training (including apprenticeship).

2.      Contractor agrees to comply with Section 503 of the Rehabilitation Act of 1973, as amended, Executive Order No. 11758 of January 15, 1994, and all implementing rules, regulations and orders, which are hereby incorporated into this Agreement by reference as fully as if set forth verbatim herein.

**AFFIRMATIVE ACTION FOR DISABLED VETERANS AND VETERANS OF THE VIETNAM ERA** (Applicable to all contracts where total payment to Contractor will exceed $10,000)

1.     The Contractor will not discriminate against any employee or applicant because that employee or applicant is a disabled veteran or veteran of the Vietnam era, in regard to any position for which the employee or applicant is qualified. The Contractor agrees to take affirmative action to employ, advance in employment, and otherwise treat qualified disabled veterans and veterans of the Vietnam era without discrimination based on their disability or veterans status in all employment practices, such as employment, upgrading, demotion or transfer, recruitment, advertising, layoff or termination, rates of pay or other forms of compensation, and selection for training (including apprenticeship).

2.     Contractor agrees to comply with the Vietnam Era Veterans Readjustment Assistance Act of 1972, as amended, and all implementing rules, regulations and orders, which are hereby incorporated into this Agreement by reference as fully as if set forth verbatim herein.

**CERTIFICATE OF NONSEGREGATED FACILITIES**

In accordance with 41 CFR 60-1.8, Contractor agrees that by its execution of this Agreement, it does not and shall not maintain any facilities it provides for its employees in a segregated manner, or permit its employees to perform their services in any location under its control where segregated facilities are maintained; and that the Contractor will obtain a similar certificate prior to the award of any nonexempt subcontract.

**SMALL AND DISADVANTAGED BUSINESS CONCERNS**

To the extent applicable, Contractor shall comply with provisions of the Small Business Administration Act with respect to the utilization of Small, Small Disadvantaged and Women-Owned Small Business Concerns as prescribed in 48 CFR Ch. 1, §52.219-8. All subcontractors, except small business concerns, that receive subcontracts in excess of $500,000 ($1,000,000 for construction) must adopt and comply with a plan similar to the plan required by FAR 52.219-9, "Small Business and Small Disadvantaged Business Subcontracting Plan." (FAR 19.704 (a) (4)).

## SCHEDULE II

## SUBCONTRACTING REQUIREMENTS UNDER CONTRACT WITH
## U.S. POSTAL SERVICE

(to be used in all agreements involving transporting, sorting, loading
or unloading of U.S. mail)

## EXAMINATION OF RECORDS

The United States Postal Service and its authorized representatives will, until three years after final payment under this Agreement, or for any shorter specified period for particular records, have access to and the right to examine any directly pertinent books, documents, papers, or other records of the Contractor involving transactions related to this Agreement.

## PROTECTION OF THE MAIL

The Contractor shall protect and safeguard the mail from loss, depredation, or damage while in the Contractor's custody or control. The Contractor shall prevent unauthorized persons from having access to the mail. The Contractor shall transport mail on the ground in securely closed carts, containers, or vehicles. The Contractor shall cooperate with the United States Postal Service in investigations regarding loss or theft of mail that allegedly occurred while the mail was in the Contractor's possession.

## PERSONNEL SCREENING

A.    With respect to all employees hired by the Contractor or any subcontractors on or after September 12, 1998, who have access to the U.S. Mail (that is employees who transport, sort, load or unload mail to and from ground equipment and to and from aircraft, and individuals who have direct supervisory duties in directing the transport, sortation, loading, and unloading of mail to and from ground equipment and aircraft), the Contractor and the employing subcontractor shall be responsible for obtaining a security clearance from the United States Postal Service, and for adhering to the employee screening procedures required by the United States Postal Service, all as set forth in United States Postal Service Solicitation ASYS-99-01 Air System Contract issued July 17, 1998 and effective from September 12, 1998 through September 8, 2000, and all amendments and supplements thereto and replacements thereof (the "Air System Contract"), including without limitation, the provisions of Section B, clause B.13 of the Air System Contract.

B.    The Contractor and all subcontractors shall be responsible for assuring and for demonstrating to the United States Postal Service, if so requested, that all employees hired after March 9, 1996 but before September 12, 1998, who have access to the U.S. Mail, received a security screening prior to having access to the mail in accordance with the employee screening procedures required by the applicable prior version(s) of the Air System Contract.

SCH-II rev 10-15-98                    1                    SYS73835