Exhibit C

Harding, John

**From:** Madden, Kevin
**Sent:** Saturday, September 23, 2006 7:08 PM
**To:** Bartalini, Gene; Brady, Thomas; Casper, Dennis; Candamil, Anthony; Harding, John; Horgan, Brenda F
**Cc:** Senatore, Henry; Ciccosillo, Sam; 'lars.pedersen@swissport.com'; 'reggie.hinton@swissport.com'
**Subject:** No - Rides for 9 / 23 / 06

Gino,

Flt. 94 to BCN..... PMC72737 fell off dolly while being transported to flight line, contents shifted, as a result unable to load..... MUST BE REBUILT......

All other Freight & Mail rode assigned flights today....

Kevin

5/24/2007

SWP0005