Exhibit B

Shipper's Name and Address    Shipper's Account Number

| UTI, UNITED STATES, INC.    JFK<br>1 JOHNSON ROAD<br>LAURENCE, NY 11559 | Air Waybill   Issued by | HARTSFIELD ATLANTA INTL AIRPORT<br>ATLANTA, GA 30320-2534<br>TEL. NO. : |

Copies 1, 2 and 3 of this Air Waybill are originals and have the same validity.

| Consignee's Name and Address    Consignee's Account Number |
|---|
| SLI-SERVICIOS LOGISTICS INTERGRADOS<br>EDIFICIO DE SERV. GENERALES, A118<br>AEROPUERTO DE BARCELONA<br>08820 EL PRAT DE LLOBREGAT BARCELON |

| Issuing Carrier's Agent Name and City | Accounting Information |
|---|---|
| UTI, UNITED STATES, INC.    JFK<br>1 JOHNSON ROAD<br>LAURENCE, NY 11559 | FILE# 0171AE06273795<br>FLT # DL94    DATE 22 SEP 06<br>SHP REF 006-44719846   BILL AGTBCN |

| Agent's IATA Code | Account No. | |
|---|---|---|
| 33-9-0509/0015 | | CONTRACT #UTIJFKUSB2 |

| Airport of Departure (Addr. of First Carrier) and Requested Routing | Reference Number | Optional Shipping Information |
|---|---|---|
| J.F. KENNEDY AIRPORT | | |

| To | By First Carrier   Routing and Destination | to | by | to | by | Currency | Goods | WT/VAL | Other | Declared Value for Carriage | Declared Value for Customs |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BCN | DELTA AIR LINES, INC | | | | | USD | | X X | X X | NVD | |

| Airport of Destination | Flight/Date   For Carrier Use Only   Flight/Date | Amount of Insurance | INSURANCE – If carrier offers insurance, and such insurance is requested in accordance with the conditions thereof, indicate amount to be insured in figures in box marked "Amount of Insurance". |
|---|---|---|---|
| BARCELONA SPAIN | DL094/23 | XXX | |

Handling Information

These commodities, technology or software were exported from the United States   SPAIN    SCI<br>in accordance with the Export Administration Regulations. Ultimate destination    Diversion contrary to<br>U.S. law prohibited.

| No. of Pieces RCP | Gross Weight | kg lb | Rate Class   Commodity Item No. | Chargeable Weight | Rate / Charge | Total | Nature and Quantity of Goods (Incl. Dimensions or Volume) |
|---|---|---|---|---|---|---|---|
| 12 | 5323.5 | K | | 5323.5 | .65 | 3460.28 | CONSOLIDATED CARGO AS PER ATTACHED MANIFEST TOTAL VOLUME 12.5539 M3 |
| | | | | | | | |
| | NLR NO SED REQUIRED AES X20060921030861 | | | | | | |
| 12 | 5323.5 | | | | | 3460.28 | |

| Prepaid | Weight Charge | Collect | Other Charges |
|---|---|---|---|
| 3460.28 | | | OPERATIONAL SCH(C) 3566.75 |

| | Valuation Charge | |
|---|---|---|
| | | |

| | Tax | |
|---|---|---|
| | | |

| | Total Other Charges Due Agent | |
|---|---|---|

Shipper certifies that the particulars on the face hereof are correct and that insofar as any part of the consignment contains dangerous goods, such part is properly described by name and is in proper condition for carriage by air according to the applicable Dangerous Goods Regulations.

| | Total Other Charges Due Carrier | |
|---|---|---|
| | 3566.75 | |

UTI, UNITED STATES, INC.   JFK

Signature of Shipper or his Agent

| Total Prepaid | Total Collect |
|---|---|
| 7027.03 | |

| Currency Conversion Rates | CC Charges in Dest. Currency |
|---|---|
| | |

21 SEP 2006   J.F.KENNEDY AIRPORT   TONY HO

Executed on (date)    at (place)    Signature of Issuing Carrier or its Agent

| For Carrier's Use only at Destination | Charges at Destination | Total Collect Charges |
|---|---|---|

006-44719846

2006 SEP 23 PM 12:36   DELTA CARGO-JFK