**HYMAN SPECTOR & MARS, LLP**
Attorneys for Defendant, UTi United States, Inc.
150 W. Flagler Street, Ste. 2701
Miami, Florida 33130
Tel: (305) 371-4244
Fax: (305) 371-5930
Attorney: Andrew R. Spector

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------X

AMERICAN HOME ASSURANCE COMPANY,

     Plaintiff,                              **CASE NO.: 07 Civ. 6219 (DC)**

vs.

DELTA AIR LINES, INC., UTi UNITED
STATES, INC., & SERVICIOS LOGISTICS
INTEGRADOS and SWISSPORT USA, INC.,

        Defendants,
_____/

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Andrew R. Spector, of the law firm of HYMAN SPECTOR & MARS, LLP and enters his appearance as counsel on behalf of UTi UNITED STATES, INC. in this action.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 5, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified via transmission of Notices of Electronic Filing generated by CM/ECF or in some other

CASE NO.: 07 Civ. 6219 (DC)

authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

>By: /s/ Andrew R. Spector
>Andrew R. Spector (ARS 3887)
>Andrews@hsmattys.com
>HYMAN SPECTOR & MARS, LLP
>150 W. Flagler Street, 27th Floor
>Miami, Florida 33130
>Tel:  305/371-4244
>Fax:  305/371-4105