


# PARTE DE AVERIAS
## (DAMAGED REPORT)

**DATOS GENERALES DE LA EXPEDICIÓN (GENERAL DATA)**

AWB 006-44219846 BULTOS (PCS) 12 KILOS (KGS) 5275

ORIGEN (ORIG) JFK DESTINO (DEST) BCN VUELO / FECHA DAL094/24/25/27 09/06

HAWB BULTOS (PCS) KILOS (KGS)

PESO REAL COMPROBADO DEL AWB / HAWB (REAL WEIGHT VERIFIED AWB / HAWB)

**ALCANCE DE LA AVERÍA (DAMAGE)**

BULTOS (PCS) KILOS (KGS) DE LAS MERCANCÍAS DAÑADAS (OF DAMAGE FREIGHT)

**TIPO Y DETALLES DE LA AVERÍA (KIND & DETAILS OF THE DAMAGE)**

- [X] ROTURA DE EMBALAJE (BROKEN PACKAGE)
- [ ] DERRAME DE LÍQUIDOS (SPILLAGE)
- [ ] ROTURA DE LA MERCANCÍA (BROKEN FREIGHT)
- [ ] EMBALAJE MOJADO (WET PACKAGE)
- [ ] ANIMALES VIVOS ESCAPADOS (LIVE ANIMALS WENT OUT)
- [ ] FALTA DE CONTENIDO (LACK OF CONTENTS)
- [ ] ANIMALES MUERTOS (DEAD LIVE ANIMALS)
- [X] ROTURA DE PRECINTOS (BROKEN SEALS)
- [ ] PERECEDEROS ESTROPEADOS (PERISHABLES IN BAD CONDITIONS)
- [ ] ______

DETALLES (DETAILS) ______

**DONDE SE DETECTA LA AVERÍA (WHERE DID YOU NOTICE THE DAMAGE)**

- [ ] DURANTE LA REPARACIÓN
- [ ] EN EL ALMACÉN (AT WAREHOUSE)
- [X] EN LA CARGA / DESCARGA (LOADING / OFFLOADING)
- [ ] DURANTE INSPECCIÓN DE ADUANA (AT CUSTOMS INSPECTION)
- [ ] DURANTE EL CARRETEO (WHILE TRANSPORTING)
- [ ] A LA ENTREGA DEL CONSIGNATARIO (CONSIGNEE DELIVERY)
- [X] EN EL PUNTO DE LLEGADA (AT ARRIVAL)
- [ ] ______

Fdo.por el CLIENTE (Nombre, DNI Nº) Bodoque

Fdo.por WFS [signature]

La emisión de este parte, NO presupone reclamación alguna, debiendo realizarse esta, si la hubiera, por escrito y dentro de los plazos establecidos