

**F. MARTIN-MORA, S.L.**
MARINE & CARGO SURVEYORS
COMISARIOS DE AVERIAS

*Report Nº 2006/718*

*Page Nº 6*





THIS SIDE UP
HANDLE WITH CARE

FOR EXPORT
12 Unlabeled - 240 ml (8 fl. oz.)
Bottles

LIST NO.: 0508-67

MEGACE ORAL SUSPENSION 40 mg/mL
MEGESTROL ACETATE

See enclosed package insert for usage information.
Store at controlled room temperature and dispense
in a tight container.
15°C-25°C (59°F-77°F)
PROTECT FROM HEAT

Caution: For manufacturing, processing, or
repacking. United States law prohibits
dispensing without prescription.



**F. MARTIN-MORA, S.L.**
MARINE & CARGO SURVEYORS
COMISARIOS DE AVERIAS

*Report Nº 2006/718*

*Page Nº 7*







# F. MARTIN-MORA, S.L.
## MARINE & CARGO SURVEYORS
## COMISARIOS DE AVERIAS

*Report Nº 2006/718*

*Page Nº 8*



Upturned Boxes



Different Pallet

F. MARTIN-MORA, S.L.
MARINE & CARGO SURVEYORS
COMISARIOS DE AVERIAS

*Report Nº 2006/718*

*Page Nº 9*



Upturned Boxes, Stained, Soil





**F. MARTIN-MORA, S.L.**
MARINE & CARGO SURVEYORS
COMISARIOS DE AVERIAS

*Report Nº 2006/718*

*Page Nº* 10



Empty Box, Different Pallet

