```
                           ** COMMERCIAL-INVOICE **
--------------------------------------------------------------------------------
SOLD TO:                                                            PAGE   1
BRISTOL-MYERS SQUIBB SL              :              INVOICE NO. QP8241
CALLE ALMANSA, 101                   :         DH PFGL/JGL SEP 21 06
28040 MADRID                         : BRISTOL-MYERS SQUIBB COMPANY
SPAIN                                : 777 SCUDDERS MILL RD.
                                     : PLAINSBORO, NJ 08536      USA
VAT#: ES-B28042463                   :
--------------------------------------------------------------------------------
SHIP TO:                             :REFERENCES:
BRISTOL-MYERS SQUIBB SL              :
JOSE ANSELMO CLAVE, 95-101           :SHIPMENT NO. (CONSOLIDATION)
08950 ESPLUGUES DE LLOBREGAT         :CUSTOMER REF #              QP8241
C/O SAICE / PASEO SAN JUAN           :CUSTOMER ACCT/CTY-CODE    0041949441
32 ENTLO 1 Y 2, BARCELONA            :CONSIGNEE                 030301-GM
                                                                GLA02
SHIP-VIA: AIR    --PREPAID---        :-----------------------------------------
                                     :TERMS OF PAYMENT:
REMIT TO, BY CHECK:                  :10 DAYS OR 1ST NETTING SETTLEMENT
BRISTOL-MYERS SQUIBB COMPANY         :
P.O. BOX 101204                      :
ATLANTA, GEORGIA 30392               :CERTIFIED TRUE AND CORRECT
                                     :BRISTOL-MYERS SQUIBB COMPANY
                                     :
BY WIRE:                             :345 PARK AVE.
WACHOVIA BANK                        :NEW YORK, N.Y. 10154  U.S.A.
ACCOUNT# 208734-0312699              :
SWIFT CODE/ABA# 053000219            :
--------------------------------------------------------------------------------
PRODUCT--NUMBER   QUANTITY   PRODUCT............DESCRIPTION UN PRIC/EXTEND
Q050867            16704.000 MEGACE O/S40MG/ML(1BTLX240ML)UNL US $     35.00
                        EA   12 EA/CASE                            584,640.00
                             Ctry of Origin: U.S.A.

                    FOB    ELIZABETH, NJ      US $          584,640.00

                    AIR FREIGHT               US $            6,068.79

                    FORWARDERS FEES           US $               10.00

                    INSURANCE                 US $              306.94

                    CIP BARCELONA SPAIN       US $          591,025.73
--------------------------------------------------------------
TITLE TO THE GOODS, RESPONSIBILITY
FOR THEIR SHIPMENT AND RISK OF LOSS
SHALL BE IN THE SELLER UNTIL DELIVERY OF
THE GOODS TO THE BUYER IN SPAIN
--------------------------------------------------------------
```

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES
IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS.
DIVERSION CONTRARY TO U.S. LAW PROHIBITED.