```
DATE:  9/21/06        ** P A C K I N G   L I S T **
                                                              PAGE   1
----------------------------------------------------------------------
MARKS:
SQUIBB INDUSTRIA FARM. S.A.              :      DH/ INVOICE NO.: QP8241
C/O SAICE / PASEO SAN JUAN               :
32 ENTLO 1 Y 2                           :----------------------------
BARCELONA, SPAIN                         : SOLD TO/COUNTRY:
ATTN: E. MOLINER                         : BRISTOL-MYERS SQUIBB SL
0041949441                               : CALLE ALMANSA, 101
QP8241                                   : 28040 MADRID
                                         : MADRID, SPAIN
PIECES  FROM.TO  PACKAGE TYPE            : CUST RBF#: 0041949441          GLA02
-----   -------  ------------            : WEIGHTS          MEASURES
: 9              PALLET(S)               :---------------  ----------------
:                                        : GROSS   11250.0 L  LENGTH   40.0 :
:                                        : NET                WIDTH    48.0 :
                                         : CB-FT     410.0    DEPTH    41.0 :
----------------------------------------------------------------------
PRODUCT NUMBER  LOT NUMBER   PRODUCT DESCRIPTION    QUANTITY    DOM PKS
Q050867         050Y005-1    MEGACE O/S40MG/ML(1BTLX24  5400.000   5400.0
                             X240ML)UNL                EA         EA
Q050867         050Y006-1    MEGACE O/S40MG/ML(1BTLX24  5400.000   5400.0
                             X240ML)UNL                EA         EA
Q050867         050Y007-1    MEGACE O/S40MG/ML(1BTLX24  5400.000   5400.0
                             X240ML)UNL                EA         EA
PIECES  FROM.TO  PACKAGE TYPE            WEIGHTS          MEASURES
-----   -------  ------------            ---------------  ----------------
: 3              PALLET(S)               : GROSS     485.0 L  LENGTH   40.0 :
:'                                       : NET                WIDTH    48.0 :
                                         : CB-FT      33.3    DEPTH    10.0 :
----------------------------------------------------------------------
PRODUCT NUMBER  LOT NUMBER   PRODUCT DESCRIPTION    QUANTITY    DOM PKS
Q050867         050Y005-1    MEGACE O/S40MG/ML(1BTLX24   168.000    168.0
                             X240ML)UNL                EA         EA
Q050867         050Y006-1    MEGACE O/S40MG/ML(1BTLX24   204.000    204.0
                             X240ML)UNL                EA         EA
Q050867         050Y007-1    MEGACE O/S40MG/ML(1BTLX24   132.000    132.0
                             X240ML)UNL                EA         EA
----------------------------------------------------------------------
TOTAL PACKAGES:    TOTAL KILOS:    5323.4   TOTAL CUBIC METERS:
     12            TOTAL LBS:     11736.0   TOTAL CUBIC FEET:       12.5
                   NET KILOS:              NET LBS:               443.3
----------------------------------------------------------------------
```