006 JFK 4471 9846

| Shipper's Name and Address | Shipper's Account Number | | Not Negotiable<br>Air Waybill<br>Issued by | 006-44719846<br>DELTA AIRLINES INC<br>HARTSFIELD ATLANTA INTL AIRPORT<br>ATLANTA, GA 30320-2534 |
|---|---|---|---|---|
| UTI, UNITED STATES, INC.<br>1 JOHNSON ROAD<br>LAWRENCE, NY 11559 | JFK | | | TEL. NO.: |

Copies 1, 2 and 3 of this Air Waybill are originals and have the same validity

| Consignee's Name and Address | Consignee's Account Number |
|---|---|
| SLI-SERVICIOS LOGISTICS INTERGRADOS<br>EDIFICIO DE SERV. GENERALES, A118<br>AEROPUERTO DE BARCELONA<br>08820 EL PRAT DE LLOBREGAT BARCELON | |

It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO THE CONDITIONS OF CONTRACT ON THE REVERSE HEREOF. ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN HEREON BY THE SHIPPER, AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACES WHICH THE CARRIER DEEMS APPROPRIATE. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIER'S LIMITATION OF LIABILITY. Shipper may increase such limitation of liability by declaring a higher value for carriage and paying a supplemental charge if required.

| Issuing Carrier's Agent Name and City | | Accounting Information |
|---|---|---|
| UTI, UNITED STATES, INC.<br>1 JOHNSON ROAD<br>LAWRENCE, NY 11559 | JFK | FILE# 0171AE06273795<br>FLT # DL94<br>SHP REF 006-44719846<br>CONTRACT #UTIJFKUSB2 |

| Agent's IATA Code | Account No |
|---|---|
| 33-9-0509/0015 | |

DATE 22 SEP 06
BILL AGTBCN

| Airport of Departure (Addr. of First Carrier) and Requested Routing |
|---|
| J.F.KENNEDY AIRPORT |

| To | By First Carrier | to | by | to | by | Currency | | Declared Value for Carriage | Declared Value for Customs |
|---|---|---|---|---|---|---|---|---|---|
| BCN | DELTA AIR LINES, INC | | | | | USD | | NVD | |

| Airport of Destination | Flight/Date | | Amount of Insurance |
|---|---|---|---|
| BARCELONA SPAIN | DL094/23 | | |

INSURANCE - If carrier offers insurance, and such insurance is requested in accordance with the conditions thereof, indicate amount to be insured in figures in box marked "Amount of Insurance".

Handling Information

These commodities, technology or software were exported from the United States in accordance with the Export Administration Regulations. Ultimate destination SPAIN

Diversion contrary to U.S. law prohibited.            SCI

| No. of Pieces RCP | Gross Weight | kg | Rate Class<br>Commodity Item No. | Chargeable Weight | Rate / Charge | Total | Nature and Quantity of Goods (incl. Dimensions or Volume) |
|---|---|---|---|---|---|---|---|
| 12 | 5323.5 | K | | | | 3460.28 | CONSOLIDATED CARGO AS PER ATTACHED MANIFEST<br>TOTAL VOLUME 12.5539 M3 |

PART SHIPMENT
PIEZAS 5  KILOS 2218
DAL 00094

AUTORIZADA LA ENTREGA DE LA MERCANCIA AMPARADA POR ESTE MANIFIESTO AWB Nº
EL CONSIGNATARIO

2006 SEP 23

NLR NO SED REQUIRED AES X20060921030861

| 12 | 5323.5 | | | | | 3460.28 | |

| Prepaid | Weight Charge | Collect |
|---|---|---|
| 3460.28 | | |

Other Charges
SCH 3566.75

Valuation Charge

Tax

Total Other Charges Due Agent

Total Other Charges Due Carrier
3566.75

Shipper certifies that the particulars on the face hereof are correct and that insofar as any part of the consignment contains dangerous goods, such part is properly described by name and is in proper condition for carriage by air according to the applicable Dangerous Goods Regulations.

UTI, UNITED STATES, INC.      JFK
Signature of Shipper or his Agent

| Total Prepaid | Total Collect |
|---|---|
| 7027.03 | |

| Currency Conversion Rates | CC Charges in Dest. Currency |
|---|---|

21 SEP 2006      J.F. KENNEDY AIRPORT      TONY HO
Executed on (date)      at (place)      Signature of Issuing Carrier or its Agent

| For Carrier's Use only at Destination | Charges at Destination | Total Collect Charges |
|---|---|---|

006-44719846

ORIGINAL 2 (FOR CONSIGNEE)