Page 1 of 2

| 006 | JFK | 44719846 | | | |
|---|---|---|---|---|---|
| Shipper's Name and Address | | Shipper's Account Number | | ORIGINAL | |
| UTI UNITED STATES INC<br>1 JOHNSON ROAD<br>LAWRENCE NY<br>US 11559 | | | | Not Negotiable<br>**Air Waybill**<br>Issued By | DELTA AIR LINES INC.<br>ATLANTA INTERNATIONAL |

Consignee's Name and Address: SLI SERVICE LOGISTICS / BARCELONA / BCN / US

WFS

Copies 1, 2 and 3 of this Air Waybill are originals and have the same validity.

It is agreed that the goods described herein are accepted in apparent good order and condition (except as noted) for carriage SUBJECT TO THE CONDITIONS OF CONTRACT ON THE REVERSE HEREOF. ALL GOODS MAY BE CARRIED BY ANY OTHER MEANS INCLUDING ROAD OR ANY OTHER CARRIER UNLESS SPECIFIC CONTRARY INSTRUCTIONS ARE GIVEN HEREON BY THE SHIPPER, AND SHIPPER AGREES THAT THE SHIPMENT MAY BE CARRIED VIA INTERMEDIATE STOPPING PLACES WHICH THE CARRIER DEEMS APPROPRIATE. THE SHIPPER'S ATTENTION IS DRAWN TO THE NOTICE CONCERNING CARRIER'S LIMITATION OF LIABILITY. Shipper may increase such limitation of liability by declaring a higher value for carriage and paying a supplemental charge if required.

Issuing Carrier's Agent Name and City: UTI UNITED STATES INC LAWRENCE   2 6 SEP. 2009

Accounting Information: Z-INTL ONLY- DIMENSION

Agent's IATA Code: 33-9 0509/0015   Account No: 33-9 0509/0015

Airport of Departure: KENNEDY

| To | By First Carrier | Routing and Destination | to | by | to | by | Currency | CHGS Code | WT/VAL PP COLL | Other PP COLL | Declared Value for Carriage | Declared Value for Customs |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BCN | DL | | | | | | USD | PX | X | X | NVD | |

Airport of Destination: BARCELONA, SPAIN    Amount of Insurance: XXX

Handling Information: TSU INS HEA SH-SHP-TEL/5183946200

| No. of Pieces RCP | Gross Weight | kg/lb | Rate Class Commodity Item Number | Chargeable Weight | Rate/Charge | Total | Nature and Quantity of Goods (incl. Dimensions or Volume) |
|---|---|---|---|---|---|---|---|
| 12 | 5324.0 | K | | 5324.0 | 2.45 | 13043.80 | NON HAZ |

**PART SHIPMENT**

PIEZAS  6   KILOS 2662

| 12 | 5324.0 | | | | | 13043.80 | |

| Prepaid | Weight Charge | Collect |
|---|---|---|
| 13043.80 | | |

Other Charges: PPD- MYC 3567.08

Valuation Charge

Tax

Total Other Charges Due Agent

Total Other Charges Due Carrier: 3567.08

Shipper certifies that the particulars on the face hereof are correct and that insofar as any part of the consignment contains dangerous goods, such part is properly described by name and is in proper condition for carriage by air according to the applicable Dangerous Goods Regulations.

Signature of Shipper or his Agent

https://webvision.delta.com/AWB_Information.asp

9/24/2006