

User id          Password

Change Password
Email Password

# Shipment Tracking

◉ Air Waybill           [006 ▼]
○ Reference number

**Cargo Flight Availability**
**Shipment Tracking**
**Cargo Products and Services**
**Cargo Facilities**
**Shipping Containers**
**Delta Cares**
**Cargo Forms and Applications**
**Current Surcharges**
**Contact Delta Cargo**

| Air Waybill | Reference | Origin | Destinati |
|---|---|---|---|
| 006-44719846 |  | JFK | BCN |

27SEP/1246 -- 1 PIECES DELIVERED AT BCN TO
27SEP/1246 -- 1 PIECES IN BCN
25SEP/0930 -- 6 PIECES DELIVERED AT BCN TO
25SEP/0712 -- 6 PIECES CHECKED IN AT BCN OFF DL094/24SEP
24SEP -- 6 PIECES DEPARTED FROM JFK ON DL094/24SEP TO BCN
24SEP/1040 -- 6 PIECES DELIVERED AT BCN TO
24SEP/0722 -- 6 PIECES CHECKED IN AT BCN OFF DL094/23SEP
23SEP/2001 -- 6 PIECES AT JFK ASSIGNED TO DL094/24SEP
23SEP -- 6 PIECES DEPARTED FROM JFK ON DL094/23SEP TO BCN
23SEP/1644 -- 6 PIECES REMOVED DL094/23SEP AT JFK AND AWAITING FLIGHT
23SEP/1454 -- 6 PIECES AT JFK ASSIGNED TO DL094/23SEP
23SEP/1454 -- 6 PIECES IN JFK
23SEP/1449 -- 6 PIECES AT JFK ASSIGNED TO DL094/23SEP
23SEP/1449 -- 6 PIECES AT JFK ASSIGNED TO DL094/23SEP
23SEP/1442 -- 12 PIECES REMOVED DL094/23SEP AT JFK AND AWAITING FLIGH
23SEP/1235 -- 12 PIECES AT JFK ASSIGNED TO DL094/23SEP
23SEP/1235 -- 12 PIECES ACCEPTED AT JFK

**Related Links**
Cargo Online Booking FAQs

About Delta | Restructuring | Business Programs & Services | Travel Agents | Privacy/Security | Legal

https://www.deltacargo.com/dsse2.asp?opt=output                                06/10/2006