SITA

News Center Internet Solutions Car

Home

Home

Delta Air Lines

The following airlines provide CHAMP Cargo Tracking via their own website...

Air New Zealand

IMPORTANT: If you need more information about an individual cargo shipment, please contact the airline. CHAMP Cargosystems cannot provide any additional information different from the response you received.

Our Carriers Served page has links to many of the airline's cargo web sites. Using standard web search facilities may help you find others.

CHAMP Global Customs Gateway - Our new service is live with automated reporting of import cargo to



# Air Cargo Tracking

Through this online tracking facility you can get real time status information on your shipment. All you have to do is select the airline, verify or change the prefix of your shipment number, enter the AWB number, click on the SUBMIT QUERY button, and this system will automatically retrieve and display the current status of your cargo.

Carrier Delta Air Lines Prefix 006 AWB# 44719846

Enviar consulta

AWB number 006 44719846 weighing 5324 Kilos
From New York, NY, USA
To Barcelona, Spain

Current Status

6 pieces at 2653 Kilos delivered to SLI SERVICE LOGISTICS at 1040 hrs on 24Sep at Barcelona, Spain
6 pieces at 2662 Kilos delivered to SLI SERVICE LOGISTICS at 0930 hrs on 25Sep at Barcelona, Spain
1 piece at 443 Kilos discrepency at 0944 hrs on 27Sep at Barcelona, Spain
Discrepancy Missing Cargo
1 piece at 443 Kilos delivered to SLI SERVICE LOGISTICS at 1246 hrs on 27Sep at Barcelona, Spain