
WFS
Worldwide Flight Services

# PARTE DE AVERIAS
(DAMAGED REPORT)

## DATOS GENERALES DE LA EXPEDICIÓN (GENERAL DATA)

AWB 006-4472 9846   BULTOS (PCS) 12   KILOS (KGS) 5275

ORIGEN (ORIG) JFK   DESTINO (DEST) BCN   VUELO/FECHA DAL094/24/25/27

HAWB   BULTOS (PCS)   KILOS (KGS)   09/06

PESO REAL COMPROBADO DEL AWB / HAWB (REAL WEIGHT VERIFIED AWB / HAWB)

## ALCANCE DE LA AVERÍA (DAMAGE)

BULTOS (PCS)   KILOS (KGS)   DE LAS MERCANCÍAS DAÑADAS (OF DAMAGE FREIGHT)

## TIPO Y DETALLES DE LA AVERÍA (KIND & DETAILS OF THE DAMAGE)

- [x] ROTURA DE EMBALAJE (BROKEN PACKAGE)
- [ ] ROTURA DE LA MERCANCÍA (BROKEN FREIGHT)
- [ ] ANIMALES VIVOS ESCAPADOS (LIVE ANIMALS WENT OUT)
- [ ] ANIMALES MUERTOS (DEAD LIVE ANIMALS)
- [ ] PERECEDEROS ESTROPEADOS (PERISHABLES IN BAD CONDITIONS)
- [ ] DERRAME DE LÍQUIDOS (SPILLAGE)
- [ ] EMBALAJE MOJADO (WET PACKAGE)
- [ ] FALTA DE CONTENIDO (LACK OF CONTENTS)
- [x] ROTURA DE PRECINTOS (BROKEN SEALS)
- [ ] _____

DETALLES (DETAILS)

## DONDE SE DETECTA LA AVERÍA (WHERE DID YOU NOTICE THE DAMAGE)

- [ ] DURANTE LA REPARACIÓN
- [x] EN LA CARGA / DESCARGA (LOADING / OFFLOADING)
- [ ] DURANTE EL CARRETEO (WHILE TRANSPORTING)
- [x] EN EL PUNTO DE LLEGADA (AT ARRIVAL)
- [ ] EN EL ALMACÉN (AT WAREHOUSE)
- [ ] DURANTE INSPECCIÓN DE ADUANA (AT CUSTOMS INSPECTION)
- [ ] A LA ENTREGA DEL CONSIGNATARIO (CONSIGNEE DELIVERY)

Fdo. por el CLIENTE (Nombre, DNI Nº)          Fdo. por WFS

Bodoque

La emisión de este parte, NO presupone reclamación alguna, debiendo realizarse ésta, si la hubiera, por escrito y dentro de los plazos establecidos