```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/8/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x
AMERICAN HOME ASSURANCE COMPANY,    :

             Plaintiff,    :

      - against -    :

DELTA AIR LINES, INC. et al.,    :

             Defendants.    :
- - - - - - - - - - - - - - - - -x

**ORDER**

07 Civ. 6219 (DC)

**CHIN, District Judge**

    It having been reported to this Court that this matter has been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within thirty days of the date of this order, any party may apply by letter within the thirty-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored. Delta Air Lines, Inc.'s motion for summary judgment is denied, without prejudice, as moot.

    SO ORDERED.

Dated:  New York, New York
        September 8, 2008

                                    DENNY CHIN
                                    United States District Judge